# EXHIBIT 2

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**Reg. No. 3,009,472**

**United States Patent and Trademark Office**

Registered Oct. 25, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## SONIC THE HEDGEHOG

KABUSHIKI KAISHA SEGA (JAPAN CORPORA-
TION), DBA SEGA CORPORATION,

2-12, HANEDA 1-CHOME, OHTA-KU

TOKYO 144-003, JAPAN

    FOR: VIDEO GAME SOFTWARE, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

    FIRST USE 6-0-1991; IN COMMERCE 6-0-1991.

    THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

    OWNER OF U.S. REG. NOS. 1,945,715, 2,682,737,
AND OTHERS.

    SN 78-333,551, FILED 11-26-2003.

LESLEY LAMOTHE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# SONIC THE HEDGEHOG

**Reg. No. 4,673,369**

**Registered Jan. 20, 2015**

**Int. Cls.: 14, 16, 18, 20, 21, 24, 25, 28, 30 and 32**

**TRADEMARK**

**PRINCIPAL REGISTER**

SEGA CORPORATION (JAPAN CORPORATION)
1-2-12, HANEDA,
OHTA-KU; TOKYO 144-8531
JAPAN

FOR: PRECIOUS METALS; KEY RINGS OF PRECIOUS METALS; TROPHIES OF PRECIOUS METALS; COMMEMORATIVE SHIELDS OF PRECIOUS METALS; NONE-MONETARY COINS; PERSONAL ORNAMENTS OF PRECIOUS METALS; BADGES OF PRECIOUS METAL; ORNAMENTAL PINS; WRISTWATCHES; WATCHES; CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: INDUSTRIAL PACKAGING CONTAINERS OF PAPER; PRINTED MATTER, NAMELY, BOOKS, MAGAZINES AND NEWSLETTERS FEATURING ANIMATION, VIDEO GAMES, COMPUTER GAMES, ARCADE GAMES, BOARD GAMES AND CARD GAMES; CALENDARS; POSTERS; COMIC BOOKS; PAPER AND CARDBOARD; STICKERS STATIONERY; NOTE BOOKS; STATIONERY; PHOTOGRAPHS; PHOTOGRAPH STANDS; BANNERS OF PAPER; FLAGS OF PAPER; TOWELS OF PAPER; HANDKERCHIEFS OF PAPER, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: BAGS AND THE LIKE, NAMELY, HANDBAGS, SCHOOL BAGS, BACKPACKS, TRAVELING BAGS, ATTACHÉ BAGS, BAGS OF LEATHER FOR PACKAGING, LUGGAGE OF LEATHER, SHOULDER BAGS, CARRY-ON BAGS, RUCKSACKS, COURIER BAGS, MESSENGER BAGS, TRAINER BAGS, SPORTS BAGS; POUCHES AND THE LIKE, NAMELY, VINYL AND CANVAS POUCHES, POUCHES OF LEATHER, POUCHES OF TEXTILE; CARD CASES, NAMELY, CREDIT CARD CASES, BUSINESS CARD CASES, NAME CARD CASES; KEY CASES; PURSES; WALLETS; UMBRELLAS; CLOTHING FOR PETS; UNFITTED VANITY CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: FURNITURE; BEDDING, EXCEPT LINEN, NAMELY, MATTRESSES AND BOX SPRINGS; CUSHIONS; PILLOWS; DRINKING STRAWS; NON-ELECTRIC FANS FOR PERSONAL USE; INDOOR WINDOW BLINDS; BEAD CURTAINS FOR DECORATION; BENCHES; PICTURE FRAMES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: TABLEWARE OTHER THAN KNIVES FORKS AND SPOONS, NAMELY, PLATES, CUP AND SAUCERS; UTENSILS FOR HOUSEHOLD PURPOSE, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS, BOTTLES, SOLD EMPTY, BOWLS, LUNCH BOXES; PIGGY BANKS, NOT OF METAL; COSMETIC UTENSILS,



*Michelle K. Lee*

**Deputy Director of the United States Patent and Trademark Office**

**Reg. No. 4,673,369** NAMELY COSMETIC BRUSHES, TOOTH BRUSHES AND DENTAL FLOSS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: CURTAINS; TABLE CLOTHS OF TEXTILE; LINEN FOR HOUSEHOLD PURPOSES; TOWELS; HANDKERCHIEFS; QUILTS; QUILT COVERS; PILLOWCASES; BED BLANKETS; SERVIETTES OF TEXTILE; LABELS OF CLOTH, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS, PANTS, JEANS, JACKETS, COATS, DRESSES, SKIRTS, SOCKS, GLOVES AS CLOTHING, VESTS, UNDERWEAR, ANORAKS, RAIN WEAR, WIND RESISTANT JACKETS, SWEATSHIRTS, TANK TOPS, PULLOVERS, SWEATERS, KNIT SHIRTS, CARDIGANS, BELTS, PARKAS, MUFFLERS, FLEECE PULLOVERS, HEAD WEAR, PAJAMAS; CLOTHES FOR SPORTS, NAMELY, PANTS, SPORTS OVER UNIFORMS, JERSEYS, SHIRTS, COATS, JACKETS, SWIM WEARS, BATHING SUITS; SHOES; BOOTS; FOOTWEAR FOR SPORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: AMUSEMENT GAME MACHINES AND COIN-OPERATED AMUSEMENT MACHINES FOR USE IN AMUSEMENT PARKS; TOYS FOR DOMESTIC PETS; TOYS, NAMELY, ELECTRONIC ACTION TOYS, INFLATABLE TOYS, MECHANICAL ACTION TOYS AND PARTS THEREFORE, TOY MASKS, PUZZLES, TOY BUILDING BLOCKS, BOARD GAMES; ACTION FIGURES; ELECTRONIC ACTION TOYS; DOLLS; STUFFED TOYS; PLAYING CARDS; BILLIARD EQUIPMENT; DARTS; SPORTS EQUIPMENT, NAMELY, BASEBALL GLOVES, BASEBALLS, SOFTBALLS, RUBBER BASEBALLS, BATTING GLOVES, BASE-BALL BACKSTOPS, BASEBALL BATS, BASEBALL BAT CASES, BASEBALL BASES, CATCHERS' MASKS, BASEBALL MITTS, CHEST PROTECTORS FOR BASEBALL, SKIPPING ROPES, YOGA MATS, HEAD COVERS FOR GOLF CLUBS, GOLF BAGS, EXERCISE BALLS, IN-LINE SKATES, SKATEBOARDS, ROLLER BLADES, BALLS FOR GAMES, BASKETBALL HOOPS; BASKETBALL NETS; BASKETBALL BACKBOARDS; TENNIS RACKETS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: TEA; COFFEE AND COCOA; CONFECTIONERY MADE OF SUGAR; BREAD AND BUNS; PANCAKES; ICE CREAM; CHOCOLATE; COOKIES; POPCORN; SANDWICHES; SUSHI; HAMBURGERS SANDWICHES; PIZZAS; HOT DOGS; ICE CREAM MIXES; SHERBET MIXES; OAT FLAKES; OATMEAL; CORN FLAKES; SPAGHETTI; MACARONI; ALMOND PASTE, IN CLASS 30 (U.S. CL. 46).

FOR: BEER; CARBONATED SOFT DRINKS; NON-ALCOHOLIC FRUIT JUICE BEVERAGES; WHEY BEVERAGES; VEGETABLE JUICES; NON-ALCOHOLIC BEVERAGES, NAMELY, FRUIT-FLAVORED SOFT DRINKS AND SODA WATER, COLA-FLAVORED SOFT DRINKS, AND LEMONADE, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

OWNER OF U.S. REG. NOS. 3,308,413, 3,891,288 AND OTHERS.

PRIORITY DATE OF 6-10-2010 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1059285 DATED 7-14-2010, EXPIRES 7-14-2020.

SER. NO. 79-090,300, FILED 7-14-2010.

CURTIS FRENCH, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# SONIC THE HEDGEHOG

**Reg. No. 6,358,553**

**Registered May 25, 2021**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

SEGA Games Co., Ltd.  (JAPAN CORPORATION)
Sumitomo Fudosan Osaki Garden Tower,
1-1-1 Nishi-shinagawa, Shinagawa-ku Toky
JAPAN

CLASS 9: Recorded videotapes and videodiscs featuring animation, action, adventure and comedy films; downloadable films and movies featuring animation, action, adventure and comedy provided via a video-on-demand service; motion picture films featuring animation, action, adventure and comedy; downloadable graphics for computers, video game machines and mobile phones featuring scenes and characters based on animated cartoons, computer games and video games; electronic publications, namely, downloadable electronic books and magazines in the field of motion pictures, cartoons, music, computer games and video games; phonograph records featuring music; downloadable music files via a global computer network and wireless devices; recorded compact discs featuring music, video game sounds and dialogues; compact discs, prerecorded audio tapes, and downloadable files featuring musical sound recordings; mobile phone straps; protective cases for cell phones; downloadable computer game programs; recorded computer game programs; downloadable computer game software; recorded computer game software; downloadable video game software; recorded video game software; downloadable video game programs; recorded video game programs; video game discs and cartridges; downloadable computer game software for use on mobile and cellular phones

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1547982 DATED 02-13-2020, EXPIRES 02-13-2030

SER. NO. 79-292,700, FILED 02-13-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**United States Patent and Trademark Office**

**Reg. No. 3,584,384**

Registered Mar. 3, 2009

**TRADEMARK**
**PRINCIPAL REGISTER**

# SONIC UNLEASHED

KABUSHIKI KAISHA SEGA (JAPAN CORPORA-
TION), DBA SEGA CORPORATION,

2-12, HANEDA 1-CHOME

OHTA-KU, TOKYO, JAPAN

FOR: VIDEO GAME SOFTWARE, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-2008; IN COMMERCE 11-18-2008.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,930,476, 3,363,330,
AND OTHERS.

SN 77-415,083, FILED 3-6-2008.

JANICE L. MCMORROW, EXAMINING ATTOR-
NEY

# United States of America

## United States Patent and Trademark Office

# SONIC RUNNERS

**Reg. No. 5,024,565**

**Registered Aug. 23, 2016**

**Int. Cl.: 9, 41**

**Service Mark**

**Trademark**

**Principal Register**

KABUSHIKI KAISHA SEGA Games d/b/a SEGA Games Co., Ltd. (JAPAN CORPORATION)
1-2-12, Haneda,
Ohta-ku Tokyo 144-8531
JAPAN

CLASS 9: Computer game programs; computer game software; computer game software for use on mobile and cellular phones; mobile phone straps; protective cases for cell phones

CLASS 41: Entertainment services, namely, providing on-line video games and on-line computer games; providing information on on-line games; providing amusement facilities

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 02-06-2015 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1270869 DATED 08-05-2015, EXPIRES 08-05-2025

SER. NO. 79-175,116, FILED 08-05-2015
CHRISTINA SOBRAL, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# SONIC MANIA

**Reg. No. 5,268,608**

**Registered Aug. 22, 2017**

**Int. Cl.: 9, 41**

**Service Mark**

**Trademark**

**Principal Register**

SEGA Games Co., Ltd. (JAPAN CORPORATION)
1-2-12, Haneda,
Ota-ku Tokyo
JAPAN

CLASS 9: Computer game programs; computer game software; video game software; video game programs; video game discs and video game cartridges; computer game software for use on mobile and cellular phones; mobile phone straps; protective cases for cell phones; downloadable graphics, images and moving images for computers, video game machines or mobile phones featuring scenes and characters based on computer and video games; downloadable computer and video game software; downloadable music files via a global computer network and wireless devices; sound recorded compact discs featuring music, video game sounds and dialogues; musical sound recordings; prerecorded video discs and tapes featuring music, comedy, drama, action, adventure and animation; electronic publications, namely, downloadable books and magazine s in the field of computer games, video games, cartoons and music; phonograph records featuring music

CLASS 41: Entertainment services, namely, providing on-line video games and on-line computer games; providing entertainment information on on-line games; providing non-downloadable on-line graphics, moving images and images featuring scenes and characters based on computer and video games by computer networks, video game machines or mobile phones; providing amusement facilities; providing amusement arcade services; providing amusement parks; organization, production and presentation of video and computer game contests and tournaments; providing entertainment information about amusement facilities; providing on-line music, not downloadable

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1340714 DATED 01-23-2017, EXPIRES 01-23-2027

SER. NO. 79-205,732, FILED 01-23-2017
PATRICIA MALES EVANKO, EXAMINING ATTORNEY



Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# SONIC BOOM

**Reg. No. 5,619,845**

**Registered Dec. 04, 2018**

**Int. Cl.: 9, 16, 18, 20, 21, 24, 28, 30, 32, 41**

**Service Mark**

**Trademark**

**Principal Register**

SEGA GAMES CO., LTD.  (JAPAN CORPORATION)
Sumitomo Fudosan Osaki Garden Tower
1-1-1 Nishi-shinagawa
Shinagawa-ku, Tokyo, JAPAN

CLASS 9: Computer game programs for home video consoles; electronic circuits, magnetic computer tapes and disks, optical disks, ROM cartridges and other recording media, namely, computer cartridges and computer cassettes, all containing video game programs for use with home video game consoles; electronic circuits, magnetic computer tapes and disks, optical disks, ROM cartridges and other recording media, namely, computer cartridges and computer cassettes, all containing video game programs for use with hand-held games with liquid crystal displays; video game software for home video game consoles; telecommunication machines and apparatus, namely, cellular phones and mobile phones; straps for mobile phones; computers; computer game programs; electronic circuits, magnetic computer tapes and disks, optical disks, ROM cartridges containing computer game programs; computer software for children's education; computer application software for mobile phones, namely, game software; computer game software; computer software for computer system management; computer programs for arcade video game machines; electronic circuits, magnetic computer tapes and disks, optical disks, ROM cartridges and other recording media, namely, computer cartridges and cassettes, all containing video game programs for use with arcade video game machines; game software for arcade video game machines; video game program; video game software; phonograph records featuring music; downloadable music files; downloadable music files for mobile telephones and tablet computers; recorded compact discs featuring music, animated cartoons; downloadable image files in the field of computer games, video games and animated cartoons; downloadable image files, namely, downloadable moving image files for mobile terminals, in the field of computer games, video games and animated cartoons; recorded video discs and video tapes featuring movies, cartoons, video games; videotapes and videodiscs recorded with animation; downloadable electronic publications, namely, books, comic books, magazines and manuals featuring computer games, video games and animated cartoons

CLASS 16: Pastes and other adhesives for stationery or household purposes; hygienic hand towels of paper, namely, wet tissue; paper towels; table napkins of paper; hand towels of paper; handkerchiefs of paper; stationery; seals; stickers; printed matter, namely, comic books, video game instruction manuals, children's books, children's activity books, songbooks, children's magazines, magazines and pamphlets featuring information and articles about fashion and games; pictorial prints; picture books; catalogues in the field of computer games, video games and animated cartoons; calendars; trading cards; paintings and calligraphic works; printed photographs; photograph stands

CLASS 18: Clothing for domestic pets; bags, namely, athletic bags, all-purpose sports bags and beach bags; pouches, namely, felt pouches, leather pouches and key pouches; Boston bags; rucksacks; card cases, namely, credit card cases, name card cases and game card  cases;



Director of the United States
Patent and Trademark Office

key cases; purses; commutation-ticket holders, namely, wallets, document cases, ticket pouches; business card cases; unfitted vanity cases sold empty; umbrellas and their parts; walking sticks; canes; metal parts of canes and walking-sticks; walking cane handles and walking stick handles; saddlery

CLASS 20: Non-metal locks; cushions; Japanese floor cushions (zabuton); pillows; mattresses; nameplates and door nameplates, not of metal; hand-held flat fans; hand-held folding fans; furniture; wind chimes; plastic keychains with a small doll attached; plastic key tags with a small doll attached

CLASS 21: Plastic handheld shopping baskets; cosmetic and toilet utensils; toothbrushes; hair brushes; toilet cases, namely, toilet brush holder; kitchen utensils, namely, batter dispenser, grill covers, barbeque branders and grates; kitchen containers, namely, kitchen containers, containers for household or kitchen user of precious metal and non-electric kitchen containers not made of precious metal; non-electric cooking pots and pans; non-electric coffee-pots; Japanese cast iron kettles, non-electric (tetsubin); non-electric kettles; tableware, other than knives, forks and spoons, namely, coffee services, tea services; drinking cups; dishes; Japanese rice bowls (chawan); lunch boxes; Japanese style tea cups (yunomi); Japanese style soup serving bowls (wan); non-electric portable coldboxes; rice chests; food preserving jars of glass; drinking flasks; vacuum bottles; piggy banks

CLASS 24: Towels; Japanese cotton towels (tenugui); handkerchiefs; mosquito nets; bedsheets; futon quilts; fitted futon covers not of paper, unfitted futon covers not of paper; quilt covers; futon ticksticks, namely, unstuffed futon covers not of paper; pillowcases; blankets, namely, lap blankets, bed blankets and baby blankets; table napkins of textile; dish cloths; shower curtains; banners and flags of textile; seat covers of textile, namely, fitted toilet seat covers of textile, unfitted seat covers of textile; wall hangings of textile; curtains; table cloths not of paper; draperies in the nature of thick drop curtains

CLASS 28: Lottery tickets; amusement game machines and apparatus, namely, coin-operated amusement machines for use in amusement parks; arcade video game machines other than for use with television receivers; coin, card or counter operated electronic arcade-type video games and amusement apparatus adapted for use with an external display screen or monitor, amusement apparatus incorporating a video monitor; arcade medal redemption game machines, namely, arcade redemption game machines which dispenses tickets or the like to successful players; arcade ticket redemption game machines, namely, arcade redemption game machines which dispenses tickets or the like to successful players; arcade game machines other than for use with television receivers; coin, card or counter operated electronic arcade-type video games and amusement apparatus, namely, amusement apparatus adapted for use with an external display screen or monitor; fairground ride apparatus, namely, amusement park rides; home video game machines; hand-held games with liquid crystal displays; toys, namely, rubber character toys, plastic character toys, wooden character toys, electronic character toys, educational character toys, party favors in the nature of small toys; squeeze toys; dolls; stuffed toys; action figures; puzzles; jigsaw puzzles; cards, namely, game cards; trading card games; go games; Japanese playing cards, namely, utagaruta; Japanese chess (shogi games); dice; Japanese dice games (sugoroku); dice cups; Chinese checkers as games; chess games; checkers; checker sets; conjuring apparatus, namely, magic tricks; dominoes; playing cards; Japanese playing cards (hanafuda); mah-jong; game machines and apparatus, namely, coin-operated video games; billiard equipment; darts equipment, namely, darts, dart shafts, dart boards; digital darts equipment, namely, electronic dart game; slot machines; sports equipment, namely, baseball bats, baseball gloves and baseball batting helmets, soccer balls, basketballs, hockey skates, skis

CLASS 30: Tea; coffee; cocoa; confectionery, namely, confectionery made of sugar, confectionery, namely, pastilles, fondants, fruit jellies candy, chocolate, popcorn and chewing gum; bread and buns; sandwiches; steamed buns stuffed with minced meat (niku-manjuh); hamburger sandwiches; pizzas; hot dog sandwiches; meat pies; ice cream; pasta, macaroni, oatmeal, flakes, namely, corn flakes, oat flakes, maize flakes; pastry; bread; Chinese stuffed dumplings (gyoza, cooked); Chinese steamed dumplings (shumai, cooked); sushi; fried balls of batter mix with small pieces of octopus, namely, takoyaki; boxed lunches consisting primarily of rice, with added meat, fish or vegetables; ravioli; instant confectionery mixes, namely, instant pudding mix, cake mixes, sherbet mixes and ice cream mixes; crepes; pasta

sauce; biscuits; cookies

CLASS 32: Carbonated drinks, namely, carbonated soft drinks; fruit juices; vegetable juices; whey beverages

CLASS 41: Providing non-downloadable electronic publications in the nature of magazines, newsletters, picture books and comic books in the field of computer games, video games and animated cartoons; services of reference libraries for literature and documentary records; book rental; providing on-line electronic publications via internet or database including websites in the nature of magazines, news letters, picture books and comic books in the field of computer games, video games and animated cartoons; planning or arrangement of showing movies, live show performances, plays or musical performances; movie showing, movie film production, or movie film distribution; providing on-line images, movies, moving images and graphics in the field of computer games, video games and animated cartoons; providing on-line images, movies, moving images and graphics by computer terminals or mobile phones; entertainment in the form of non-downloadable images relating to fictional characters from books, animation, toys and games; direction or presentation of plays; providing on-line music, not downloadable, via computer terminals or mobile phones; organization of game tournaments; entertainment services, namely, providing amusement park rides in the nature of bumper car ride and roller coaster ride; providing amusement facilities; providing amusement arcade services; providing amusement parks; providing on-line video games; providing on-line board games; providing on-line quizzes; providing information relating to on-line computer games; providing on-line computer games; providing information relating to providing on-line computer games; providing information, in websites offering on-line video games, consisting of the game scores achieved by players of the games on the website and the rankings of such players based on those scores; production of radio or television programs; television entertainment, namely, a continuing animated cartoons, variety, news, comedy show broadcast over television; production of radio and television programs; radio entertainment, namely, a continuing animated cartoons, variety, news, comedy show broadcast over the radio, radio entertainment production

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2014-8398, FILED 02-05-2014, REG. NO. 5767396, DATED 05-29-2015, EXPIRES 05-29-2025

OWNER OF U.S. REG. NO. 3986991, 4549050, 3959767

SER. NO. 86-355,353, FILED 08-01-2014

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cls.: **9 and 28**

Prior U.S. Cls.: **21, 22, 23, 26, 36, 38 and 50**

**Reg. No. 2,892,207**

United States Patent and Trademark Office

Registered Oct. 12, 2004

## TRADEMARK
### PRINCIPAL REGISTER



KABUSHIKI KAISHA SEGA (JAPAN CORPORA-
TION), DBA SEGA CORPORATION
2-12, HANEDA 1-CHOME, OHTA-KU
TOKYO 144-0043, JAPAN

FOR: VIDEO GAME SOFTWARE; COMPUTER
GAME PROGRAMS; COMPUTER GAME CAR-
TRIDGES, DISCS AND CASSETTES; VIDEO COM-
PUTER GAME PROGRAMS; HOME VIDEO
COMPUTER GAME CARTRIDGES, DISCS AND
CASSETTES; GAME CARTRIDGES, DISCS, CAS-
SETTES AND CIRCUIT BOARDS CONTAINING
GAME PROGRAMS FOR USE WITH HAND-HELD
OR ARCADE VIDEO GAME MACHINES WITH
BUILT-IN SCREENS; HOME VIDEO GAME MA-
CHINES FOR USE WITH TELEVISIONS; MUSICAL
SOUND RECORDINGS, MUSICAL VIDEO RE-
CORDINGS AND CARTOON VIDEO RECORD-
INGS; COMPUTER TERMINALS AND VIDEO
GAME MACHINE TERMINALS FOR USE WITH
THE INTERNET; INTERACTIVE TELEVISION
TERMINAL SETS; SET TOP BOXES FOR THE
RECEPTION OF CODED OR COMPRESSED AUDIO,
VIDEO OR DATA SIGNALS, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FOR: STAND ALONE VIDEO GAME MACHINES;
ARCADE GAME MACHINES WITH BUILT-IN
SCREENS; PLAYTHINGS, NAMELY DOLLS AND
ACTION FIGURES AND ACCESSORIES THERE-
FOR, PLUSH TOYS, ELECTRONIC PLUSH TOYS,
VEHICLES AND PLAYSETS, WIND UP VEHICLES,
BENDABLE FIGURES, REMOTE CONTROL FIG-
URES, AND WATER-SQUIRTING TOYS, IN CLASS
28 (U.S. CLS. 22, 23, 38 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
JAPAN APPLICATION NO. 2000-73461, FILED 6-30-
2000, REG. NO. 4517338, DATED 10-26-2001, EXPIRES
10-26-2011.

OWNER OF U.S. REG. NOS. 1,882,347, 1,945,715
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "TEAM", APART FROM THE
MARK AS SHOWN.

SER. NO. 76-099,337, FILED 7-28-2000.

ANNE MADDEN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,366,529**

**Registered July 16, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

KABUSHIKI KAISHA SEGA; D/B/A SEGA CORPORATION (JAPAN CORPORATION)
1-2-12, HANEDA
OHTA-KU, TOKYO 144-8531, JAPAN

FOR: COMPUTER GAME PROGRAMS; COMPUTER GAME SOFTWARE; VIDEO GAME SOFTWARE; VIDEO GAME PROGRAMS; VIDEO GAME DISCS AND CARTRIDGES; COMPUTER GAME SOFTWARE FOR USE ON MOBILE AND CELLULAR PHONES; DOWNLOADABLE GRAPHICS AND IMAGES FEATURING FICTIONAL CHARACTERS OR VIDEO GAMES, AND MUSIC VIA A GLOBAL COMPUTER NETWORK; DOWNLOAD-ABLE GRAPHICS AND MOVING IMAGES FOR MOBILE PHONES FEATURING FICTIONAL CHARACTERS OR VIDEO GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "RACING", APART FROM THE MARK AS SHOWN.

PRIORITY DATE OF 4-26-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1134474 DATED 7-17-2012, EXPIRES 7-17-2022.

THE MARK CONSISTS OF THE WORD "SONIC" WRITTEN IN LARGE FONT WITH THREE STRIPES COMING OUT OF THE WORD ON BOTH SIDES; UNDER THE WORD "SONIC" THERE IS AN AMPERSAND INSIDE A STAR, AND UNDER THAT THERE ARE THE WORDS "ALL STARS RACING", WRITTEN IN SMALLER FONT; THERE IS A STAR BETWEEN THE WORDS "ALL" AND "STARS"; UNDER THAT IS THE WORD "TRANSFORMED", WRITTEN IN THE SAME SIZE FONT AS THE WORDS "ALL STARS RACING".

SER. NO. 79-119,963, FILED 7-17-2012.

INGA ERVIN, EXAMINING ATTORNEY



*Lora Stanet Kee*

Acting Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,972,721**

**Registered June 7, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

KABUSHIKI KAISHA SEGA D/B/A SEGA CORPORATION (JAPAN CORPORATION)
2-12, HANEDA 1-CHOME
OHTA-KU
TOKYO, JAPAN 1440033

FOR: COMPUTER GAME PROGRAMS; VIDEO GAME SOFTWARE; VIDEO GAME PRO-
GRAMS; VIDEO GAME DISCS AND CARTRIDGES; GAME PROGRAMS FOR ARCADE
GAME MACHINES , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

OWNER OF U.S. REG. NOS. 3,002,436, 3,439,184 AND OTHERS.

PRIORITY DATE OF 6-29-2010 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1047382 DATED 7-7-2010, EXPIRES 7-7-
2020.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "RACING", APART FROM THE
MARK AS SHOWN.

THE MARK CONSISTS OF THE LITERAL ELEMENTS "SONIC & SEGA ALL-STARS RA-
CING". THE TERM "SONIC" APPEARING AT THE TOP WITH ONE CHECKERED FLAG
APPEARING ON THE LEFT AND THE RIGHT OF THE TERM. BELOW THE TERM "SONIC"
IS THE SYMBOL "&" WITH HORIZONTAL LINES APPEARING TO THE LEFT AND THE
RIGHT. BELOW THE "&" SYMBOL IS THE TERM "SEGA ALL-STARS" APPEARING ABOVE
THE TERM "RACING" WHICH HAS THREE HORIZONTAL BARS APPEARING OUT OF
THE LEFT AND RIGHT SIDES OF THE TERM.

SER. NO. 79-085,954, FILED 7-7-2010.

THOMAS MANOR, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# SONIC RACING

**Reg. No. 6,187,305**

**Registered Nov. 03, 2020**

**Int. Cl.: 9, 41**

**Service Mark**

**Trademark**

**Principal Register**

SEGA CORPORATION  (JAPAN CORPORATION)
Sumitomo Fudosan Osaki Garden Tower,
1-1-1 Nishi-shinagawa, Shinagawa-ku, Tokyo
JAPAN

CLASS 9: Downloadable computer game programs; recorded computer game programs; downloadable computer game software; recorded computer game software; downloadable video game software; recorded video game software; downloadable video game programs; recorded video game programs; video game discs and cartridges; downloadable computer game software for use on mobile and cellular phones; mobile phone straps; protective cases for cell phones; downloadable graphics, images and moving images for computers, video game machines or mobile phones featuring scenes and characters based on computer and video games; downloadable computer game and video game software; downloadable music files via a global computer network and wireless devices; sound recorded compact discs featuring music, video game sounds and dialogues; compact discs, magnetic tapes, and downloadable files featuring musical sound recordings; prerecorded video discs and tapes featuring music, comedy, drama, action, adventure and animation; electronic publications, namely, downloadable books and magazines in the field of computer games, video games, cartoons and music; phonograph records featuring music

CLASS 41: Entertainment services, namely, providing on-line video games and on-line computer games; providing entertainment information on on-line games; providing non-downloadable on-line computer graphics, moving images and images featuring scenes and characters based on computer and video games by computer networks, video game machines or mobile phones; providing amusement facilities; providing amusement arcade services; providing amusement parks; organization, production and presentation of video and computer game contests and tournaments; providing entertainment information about amusement facilities; providing on-line music, not downloadable

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 09-06-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1509379 DATED 09-11-2019, EXPIRES 09-11-2029

No claim is made to the exclusive right to use the following apart from the mark as shown: "RACING"

SER. NO. 79-276,606, FILED 09-11-2019

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# TEAM SONIC RACING

**Reg. No. 6,263,485**

**Registered Feb. 09, 2021**

**Int. Cl.: 9, 16, 25, 28, 30, 32, 41**

**Service Mark**

**Trademark**

**Principal Register**

SEGA CORPORATION  (JAPAN CORPORATION)
Sumitomo Fudosan Osaki Garden Tower,
1-1-1 Nishi-shinagawa,shinagawa-ku, Tokyo
JAPAN

CLASS 9: Downloadable computer game programs; recorded computer game programs; downloadable computer game software; recorded computer game software; downloadable video game software; recorded video game software; downloadable video game programs; recorded video game programs; video game discs and cartridges; downloadable computer game software for use on mobile and cellular phones; downloadable computer game and video game software

CLASS 16: Pastes and other adhesives for stationery or household purposes; hygienic hand towels of paper; table napkins of paper; hand towels of paper; handkerchiefs of paper; stationery; stickers; printed matter, namely, comic books, instruction manuals in the field of computer games and video games, children's books, children's activity books, songbooks, children's magazines and magazines in the field of computer games, video games, cartoons and music; picture books, reference books in the field of computer games, video games, cartoons and music; catalogues in the field of computer games, video games, cartoons and music; calendars; general feature magazines in the field of computer games, video games, cartoons and music; books, namely, coloring books, date books; pamphlets in the field of computer games, video games, cartoons and music; trading cards other than for games; printed instructional and teaching material in the field of computer games, video games, cartoons and music; photographs; photograph stands

CLASS 25: Clothing, namely, t-shirts, shirts, sweaters, sweatshirts, jackets, pajamas, coats, swimwear, mufflers as neck scarves, gloves, scarves, neck ties, socks, underwear, pants, jeans, shorts, skirts, underpants, robes; shoes; boots; footwear; beach shoes; galoshes; half-boots; lace boots; sandals; sneaker; sports shoes; wooden shoes; heels, namely, high-heel shoes; masquerade costumes; play costumes, namely, costumes for use in children's dress up play, costumes for use in role-playing games; clothes for sports, namely, sports jerseys and breeches for sports; boots for sports; headwear, namely, hats and caps

CLASS 28: Coin-operated video games; arcade game machines; arcade video game machines; amusement game machines with built-in screens; toy vehicles; dolls; stuffed toys; toy action figures; trading card games; playing cards; arcade redemption game machines which dispense tickets or tokens to successful players; arcade crane game machines which dispense tickets or tokens to successful players; gaming machines, namely, slot machines

CLASS 30: Tea; prepared coffee and coffee-based beverages; prepared cocoa and cocoa-based beverages; almond confectionery, namely, almond cookies, chocolate confectionery, namely, chocolate mousses, chocolate cakes and chocolate chips, confectionery fondants, namely, rolled fondant, confectionery fruits jellies, namely, fruit jelly candy, confectionery fruits pastes, namely, fruit paste for flavoring of food, peanut





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

confectionery, namely, peanut brittle and peanut butter confectionery chips, fruits-based confectionery, namely, fruit coulis, fruit turnovers and fruit cobblers; bread and buns; sandwiches; hamburgers sandwiches; pizzas; hot dog sandwiches; meat pies; ice cream; preparations made from cereals, namely, cereal-based snack bars; sushi; ravioli; instant confectionery mixes, namely, cappuccino mixes, hot chocolate mixes and biscuit mixes; crepes; pasta sauce; biscuits; cookies

CLASS 32: Beer; fruit-flavored carbonated drinks; fruit juices; vegetable juices; extracts of hops for making beer; whey beverages

CLASS 41: Entertainment services, namely, providing on-line video games and on-line computer games; organization, production and presentation of video and computer game contests and tournaments

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 08-22-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1530584 DATED 12-11-2019, EXPIRES 12-11-2029

No claim is made to the exclusive right to use the following apart from the mark as shown: "RACING" FOR CLASSES 9, 16, 25, 28, 41 ONLY

SER. NO. 79-285,476, FILED 12-11-2019

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Digitally signed by United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2023.03.05 02:06:29 -05'00'

# United States of America
## United States Patent and Trademark Office

# Sonic Prime

**Reg. No. 7,002,602**

**Registered Mar. 21, 2023**

**Int. Cl.: 9, 16, 18, 25, 28, 30, 41**

**Service Mark**

**Trademark**

**Principal Register**

SEGA CORPORATION  (JAPAN CORPORATION)
Sumitomo Fudosan Osaki Garden Tower, 1-1
Nishi-Shinagawa, Shinagawa-ku Tokyo 141-
JAPAN

CLASS 9: Downloadable computer game programs; recorded computer game programs; downloadable computer game software; recorded computer game software; downloadable video game software; recorded video game software; downloadable video game programs; recorded video game programs; video game discs and cartridges; downloadable computer game software for use on mobile and cellular phones; mobile phone straps; protective cases for cell phones; downloadable graphics, images, and video recordings for computers, video game machines and mobile phones featuring scenes and characters based on computer and video games; downloadable computer game and video game software; downloadable music files via a global computer network and wireless devices; sound recordings recorded on compact discs featuring music, video game sounds and dialogues; prerecorded compact discs, magnetic audio tapes, and downloadable files featuring music; prerecorded video discs and magnetic audio tapes featuring music, comedy, drama, action, adventure and animation; electronic publications, namely, downloadable books and magazines in the field of computer games, video games, cartoons and music; phonograph records featuring music; animated cartoons, namely, videotapes and videodiscs recorded with animation; downloadable electronic publications in the nature of books, manuals, catalogs, pamphlets, and magazines in the field of computer games, video games, cartoons and music; pedometers; scales; bathroom scales

CLASS 16: Pastes and other adhesives for stationery or household purposes; hygienic hand towels of paper; towels of paper; table napkins of paper; hand towels of paper; handkerchiefs of paper; stationery; seals being stationery; stickers being stationery; blank notepads; decorative stickers for portable game machines; printed instruction manuals in the field of computer games, video games, cartoons and music; printed picture books; printed reference books in the field of computer games, video games, cartoons and music; printed catalogues in the field of computer games, video games, cartoons and music; printed calendars; printed magazine publications in the field of computer games, video games, cartoons and music; printed books in the field of computer games, video games, cartoons and music; printed pamphlets in the field of computer games, video games, cartoons and music; printed trading cards, other than for games; printed game hint books and manuals; printed photographs; photograph stands

CLASS 18: Clothing for domestic pets; bags, namely, carry-on bags; shoulder bags; school bags; traveling bags; pouches of leather; boston bags; rucksacks; key cases; wallets; credit card cases; vanity cases, not fitted; umbrellas and their parts; walking sticks; canes; metal parts of canes and walking-sticks; handles for canes and walking-sticks; saddlery

CLASS 25: Clothing, namely, t-shirts, shirts, sweaters, sweatshirts, jackets, pajamas,





*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**

coats, swimwear, mufflers, gloves, scarves, neck ties, socks, underwear, pants, jeans, shorts, skirts, underpants, robes; footwear; beach shoes; boots; galoshes; half-boots; lace boots; sandals; sneakers; shoes; sports shoes; wooden shoes; high-heeled shoes; masquerade costumes; play costumes¿ namely, costumes for use in children's dress up play, costumes for use in role-playing games; clothes for sports namely, sports jerseys and breeches for sports; boots for sports; headwear, namely hats and caps

CLASS 28: Toy vehicles; dolls; plush dolls; stuffed toys; toy action figures; toy for pets; toy jewelry; bath toys; electronic action toys; plastic character toys; children's educational toys for developing cognitive skills; construction toys; puzzles; children's multiple activity toys; toy building sets comprised of toy building blocks; novelty toy face masks; trading card games; playing cards; coin-operated video games; arcade game machines; arcade video game machines; amusement game machines with built-in screens; arcade redemption game machines which dispense tickets or tokens to successful players; arcade crane game machines which dispense tickets or tokens to successful players

CLASS 30: Tea; prepared coffee and coffee-based beverages; prepared cocoa and cocoa-based beverages; almond confectionery, namely, cookies; chocolate confectionery; confectionery fondants; confectionery fruit jellies, namely, fruit jelly candy; confectionery fruit pastes for flavouring of food; peanut confectionery, namely, peanut brittle and peanut butter confectionery chips; fruit-based confectionery, namely, hollow candy forms filled with fruit; bread and buns; sandwiches; steamed buns stuffed with minced meat; hamburger sandwiches; pizzas; hot dog sandwiches; meat pies; ice cream; cereal preparations¿, namely, cereal-based snack bars; Chinese stuffed dumplings; Chinese steamed dumplings; sushi; pre-packaged boxed lunches consisting of rice, with added meat, fish or vegetables; ravioli; instant confectionery mixes¿, namely, cappuccino mixes, hot chocolate mixes, cocoa mixes, cake mixes, cookie mixes, pastry mixes, crepe mixes, mixes for bakery goods, biscuit mixes, instant pudding mixes, mixes for candy making, frosting mixes, frozen yogurt mixes, pre-processed mixes for making non-dairy frozen confections; crepes; pasta sauce; biscuits; cookies

CLASS 41: Entertainment services, namely, providing on-line video games and on-line computer games; providing information on on-line games; providing non-downloadable on-line computer graphics, videos and images featuring scenes and characters based on computer and video games by computer networks, video game machines or mobile phones; providing amusement facilities; organization, production and presentation of video and computer game events; arranging and conducting of video game and computer game events for entertainment purposes; organization or arrangement of game tournaments; providing information about amusement facilities; providing on-line music, not downloadable; providing electronic publications in the nature of books, manuals, catalogs, pamphlets, and magazines in the field of computer games, video games, cartoons and music; services of reference libraries for literature and documentary records; book rental; planning, management or arrangement of showing movies, theatrical shows, plays or musical performances; providing information relating to planning, management or arrangement of showing movies, theatrical shows, plays or musical performances; movie showing, movie film production, or movie film distribution; providing information relating to providing on-line graphics, movies showing, moving images, images, music and publishing of electronic publications; providing on-line graphics, movies showing, moving images, images, music and text information by computer terminals or mobile phones; providing information relating to providing on-line graphics, movies showing, moving images, images, music and publishing of electronic publications by computer terminals or mobile phones; providing on-line graphic novels, not downloadable, relating to characters of books, animated cartoons, toys, games; images showing; presentation of live show performances; direction or presentation of theatrical plays; presentation of musical performances; on-line presentation of shows, theatrical plays or musical performances; providing information relating to on-line presentation of shows, theatrical plays or

musical performances; provision of shows, theatrical plays or musical performances by computer terminals or mobile phones; providing information relating to provision of shows, theatrical plays or musical performances by computer terminals or mobile phones; production of theatrical shows; production of live theatrical and musical shows; presentation of musical performances, direction or presentation of theatrical plays and presentation of musical performances provided on-line from a computer network; production of moving images and music using the internet via streaming; production of moving images and music relating to animated cartoons using the internet via streaming; on-line production of radio or television programs; production of radio or television programs and production of broadcast programs, using computer graphics; directing of radio and television programs; providing information relating to direction of radio and television programs; organization of sporting events; providing sports information; organization and provision of games and competitions via the internet; organization, arranging and conducting of computer game and video game tournaments; organization, arranging and conducting of photo sessions; providing information relating to sports and sporting events; organizing and conducting of sporting and cultural events; rental of game machines and apparatus; providing exercise facilities; rental of sports equipment; photography

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 01-27-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1625114 DATED 05-31-2021, EXPIRES 05-31-2031

SER. NO. 79-325,265, FILED 05-31-2021

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 28

Prior U.S. Cls.: 22, 23 and 38

Reg. No. 1,566,116

## United States Patent and Trademark Office

Registered Nov. 14, 1989

### TRADEMARK
#### PRINCIPAL REGISTER



KABUSHIKI KAISHA SEGA ENTERPRISES (JAPAN CORPORATION) , DBA SEGA EN-TERPRISES, LTD.
2-12, HANEDA 1-CHOME, OHTA-KU
TOKYO, JAPAN

FOR: VIDEO GAME ATTACHMENTS FOR TELEVISION SETS, NAMELY, VIDEO GAME CONTROL STICKS, VIDEO GAME BEAM PRO-JECTORS, SPECIAL EFFECTS GLASSES FOR USE WITH VIDEO GAMES, VIDEO GAME PROGRAMS RECORDED ON INTEGRATED CIRCUITS IN THE FORM OF CARTRIDGES AND CARDS, IN CLASS 28 (U.S. CLS. 22, 23 AND 38).

FIRST USE 7-15-1983; IN COMMERCE 7-28-1983.

OWNER OF U.S. REG. NO. 1,050,573.

SER. NO. 742,284, FILED 7-11-1988.

PAUL BURKE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,039,333**

**Registered Apr. 28, 2020**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

SEGA Games Co., Ltd. (JAPAN CORPORATION)
Sumitomo Fudosan Osaki Garden Tower,
1-1-1 Nishi-shinagawa Shinagawa-ku To
JAPAN

CLASS 28: Coin-operated video games; arcade game machines; arcade video game machines; amusement game machines with built-in screens; toy vehicles; dolls; stuffed toys; toy action figures; trading card games; playing cards; arcade redemption game machines which dispense tickets or tokens to successful players; arcade crane game machines which dispense tickets or tokens to successful players; slot machines

The mark consists of the wording "SEGA GOODS" in stylized form, with outlining around "SEGA" and outlining forming a rectangle containing the word "GOODS".

PRIORITY DATE OF 03-15-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1472790 DATED 03-28-2019, EXPIRES 03-28-2029

No claim is made to the exclusive right to use the following apart from the mark as shown: "GOODS"

SER. NO. 79-261,198, FILED 03-28-2019



*Andrei Iancu*

Director of the United States
Patent and Trademark Office



---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 3,245,697

Registered May 29, 2007

## TRADEMARK
### PRINCIPAL REGISTER

## SEGA

KABUSHIKI KAISHA SEGA ENTERPRISES (JA-
PAN CORPORATION), DBA SEGA ENTERPRI-
SES LTD.
2-12, HANEDA 1-CHOME, OHTA-KU
TOKYO 144, JAPAN

FOR: T-SHIRTS; SHIRTS; SWEATSHIRTS; JER-
SEYS; SHORTS; PANTS; HEADWEAR; FOOTWEAR;
SOCKS; SLEEPWEAR; UNDERWEAR; MASQUER-
ADE COSTUMES; SWEATERS; JACKETS; GLOVES;
MITTENS; NECKWEAR; VESTS; RAINWEAR, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-30-1992; IN COMMERCE 1-30-1992.

OWNER OF U.S. REG. NOS. 1,050,573, 1,566,116
AND OTHERS.

SER. NO. 75-167,959, FILED 9-18-1996.

MARTHA FROMM, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# SEGA HEROES

**Reg. No. 5,700,030**

**Registered Mar. 19, 2019**

**Int. Cl.: 9, 41**

**Service Mark**

**Trademark**

**Principal Register**

SEGA Games Co., Ltd.  (JAPAN CORPORATION)
1-2-12, Haneda,
Ota-ku, Tokyo
JAPAN

CLASS 9: Computer game programs; computer game software; video game software; video game programs; video game discs and cartridges; computer game software for use on mobile and cellular phones; mobile phone straps; protective cases for cell phones; downloadable graphics, images and moving images for computers, video game machines or mobile phones featuring scenes and characters based on computer and video games; downloadable computer and video game software; downloadable music files via a global computer network and wireless devices; sound recorded compact discs featuring music, video game sounds and dialogues; musical sound recordings; prerecorded video discs and tapes featuring music, comedy, drama, action, adventure and animation; electronic publications, namely, downloadable books and magazines in the field of computer games, video games, cartoons and music; phonograph records featuring music

CLASS 41: Entertainment services, namely, providing on-line video games and on-line computer games; providing entertainment information on on-line games; providing non-downloadable on-line graphics, moving images and images featuring scenes and characters based on computer and video games by computer networks, video game machines or mobile phones; providing amusement facilities; providing amusement arcade services; providing amusement parks; organization, production and presentation of video and computer game contests and tournaments; providing entertainment information about amusement facilities; providing on-line music, not downloadable

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 07-17-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1430068 DATED 07-19-2018, EXPIRES 07-19-2028

SER. NO. 79-243,717, FILED 07-19-2018



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 3,491,509

Registered Aug. 26, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# DREAMCAST

KABUSHIKI KAISHA SEGA (JAPAN CORPORA-
TION), DBA D/B/A SEGA CORPORATION
2-12, HANEDA 1-CHOME
OHTA-KU, TOKYO, JAPAN

FOR: HOME VIDEO GAME MACHINES FOR USE
WITH TELEVISIONS; PLAYER-OPERATED ELEC-
TRONIC CONTROLLERS FOR ELECTRONIC VI-
DEO GAME MACHINES; VIDEO GAME
INTERACTIVE CONTROLLER, NAMELY, HAND
HELD PADS, AND FLOOR PADS OR MATS; JOY-
STICKS FOR VIDEO GAMES; COMPUTER CURSOR
CONTROL DEVICES, NAMELY, COMPUTER
MOUSE; FLASH MEMORY CARDS; VIDEO GAME
SOFTWARE, COMPUTER GAME PROGRAMS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF JAPAN REG. NO. 4399754, DATED 7-
14-2000, EXPIRES 7-14-2010.

OWNER OF U.S. REG. NOS. 2,439,832, 2,495,247
AND OTHERS.

SER. NO. 77-253,368, FILED 8-13-2007.

JAMES GRIFFIN, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 3, 22, 23 and 38

**United States Patent and Trademark Office**

Reg. No. 1,690,329
Registered June 2, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## GENESIS

SEGA ENTERPRISES LTD. (JAPAN CORPORA-
TION)
2-12 HANEDA 1-CHOME
OHTA-KU, TOKYO, JAPAN

FOR: VIDEO OUTPUT GAME MACHINES;
SOFTWARE FOR VIDEO OUTPUT GAME MA-
CHINES; ATTACHMENTS FOR VIDEO
OUTPUT GAME MACHINES; NAMELY, JOYS-
TICK CONTROLLERS AND JOYPAD CON-
TROLLERS; AND CARRYING CASES AND
STORAGE CONTAINERS FOR THE FOREGO-
ING , IN CLASS 28 (U.S. CLS. 3, 22, 23 AND 38).

FIRST USE 6-0-1989; IN COMMERCE
6-0-1989.

SER. NO. 74-167,486, FILED 5-17-1991.

JEFFREY SMITH, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**United States Patent and Trademark Office**

**Reg. No. 3,358,022**

Registered Dec. 18, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# SEGA GENESIS COLLECTION

KABUSHIKI KAISHA SEGA (JAPAN CORPORA-
TION), DBA SEGA CORPORATION,
2-12, HANEDA 1-CHOME, OHTA-KU
TOKYO, JAPAN

FOR: HOME VIDEO GAME SOFTWARE, VIDEO
GAME SOFTWARE FOR HAND-HELD GAME MA-
CHINES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-8-2006; IN COMMERCE 11-8-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,566,116, 2,613,703,
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "COLLECTION", APART FROM
THE MARK AS SHOWN.

SN 78-938,007, FILED 7-26-2006.

RAUL CORDOVA, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

### SONIC'S ULTIMATE GENESIS COLLECTION

**Reg. No. 3,713,204**
Registered Nov. 17, 2009

KABUSHIKI KAISHA SEGA (JAPAN CORPORATION), DBA SEGA CORPORATION, 2-12, HANEDA 1-CHOME
OHTA-KU, TOKYO, JAPAN

**Int. Cl.: 9**

FOR: VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-2009; IN COMMERCE 2-0-2009.

**TRADEMARK**
**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,690,329, 2,930,476, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COLLECTION", APART FROM
THE MARK AS SHOWN.

SN 77-609,021, FILED 11-6-2008.

MICHAEL LITZAU, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**United States Patent and Trademark Office**

Reg. No. 3,013,830

Registered Nov. 8, 2005

## TRADEMARK
### PRINCIPAL REGISTER



KABUSHIKI KAISHA SEGA (JAPAN CORPORA-
TION), DBA SEGA CORPORATION,
2-12, HANEDA 1-CHOME
OHTA-KU, TOKYO 144-0043, JAPAN

FOR: VIDEO GAME SOFTWARE; COMPUTER
GAME PROGRAMS, IN CLASS 9 (U.S. CLS. 21, 23, 26,
36 AND 38).

FIRST USE 12-30-2003; IN COMMERCE 1-6-2004.

OWNER OF U.S. REG. NOS. 2,120,154, 2,682,237,
AND OTHERS.

SN 78-241,165, FILED 4-23-2003.

WENDY GOODMAN, EXAMINING ATTORNEY