**Sega Corporation and Sega of America, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" – Case No. 24-cv-05162**

**Schedule A**

| No. | Seller Alias | Infringement Type | URL |
|---|---|---|---|
| 1 | Shenzhen Jinghang Technology Co., Ltd. | Copyright only | https://szjinghang.en.alibaba.com/minisiteentrance.html |
| 2 | Gent-le | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1UDKRF7NGIFS3 |
| 3 | A.ZHAOZHUANG01 | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2I49JE8VKHLEU |
| 4 | ALPXEL LTD | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2DA61E52AHDMH |
| 5 | arpinz356 | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2ZR9EBPT12IFB |
| 6 | banana1211 | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3VLGE01T2WL3D |
| 7 | BaweiWBA | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3NHBDAI60UF8Q |
| 8 | beijingchangyueshundashangmaoyouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AG5R8SEHGYNCY |
| 9 | bhskuydeo | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2FCSZDH1439UZ |
| 10 | BOYUE INC | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2JQKD44BR1W4C |
| 11 | BOZICRE | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2NJPULQ6LL4TS |
| 12 | C JIA-US | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A56OXXZ18JP0Y |
| 13 | Cartoon household Store | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3C3Q8CR13PR40 |
| 14 | CBYchuil24042 | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3F070C8FB34HY |
| 15 | damingxianzhemaoyiyouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=APCTQ34YS3RZO |
| 16 | DINGPENG INC | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1TPQL6TMAUDRB |
| 17 | dingqianghe | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AIVEJG95Z0D0Y |
| 18 | Dotrewes | Copyright only | https://www.amazon.com/sp?seller=A2HMGR11A7HRD6 |

| 19 | EIKOU Shop | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A11GNHVAP5OKU9 |
|---|---|---|---|
| 20 | engJianGuangMuShangM | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3AV50SW7OCXJS |
| 21 | FANG LIAN | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3DOL10RX8MHLT |
| 22 | FULANJUAN | Copyright only | https://www.amazon.com/sp?seller=AKFV01QDZI6MD |
| 23 | GaoJiaNi0706 | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1JW27PJ4LUFNK |
| 24 | GERIYIWANG | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A26UK7JF9O5M2C |
| 25 | GuangZhouFengYangDianZiShangWuYouXianGongSi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=APSC5TG8TFIUO |
| 26 | guangzhoulianqianshangmaoyouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AYERBOIALBLLB |
| 27 | Guanlian E-commerce | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2UQJSN9JOJWMA |
| 28 | GuanTiAodianzi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3TINF9ZD1DMAM |
| 29 | guchengxianruantishangmaoyouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2ZOJQO5EPVU8T |
| 30 | GW Department Store | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2TYDWD50CCD1Q |
| 31 | HaosHanMao | Copyright only | https://www.amazon.com/sp?seller=AOZHAY3W1G085& |
| 32 | hchaobaihuo | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A21FLZZ8YTJAKS |
| 33 | hefeinianjuesidianzishangwuyouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AFH2H42ECOZ6 |
| 34 | hefeizhouxinghaoshangmaoyouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2A7DK6A9X2GS5 |
| 35 | HENGFAQIAN | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=ASVOYH8MGE2KM |
| 36 | HONRG | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=APEEZKX90F4N0 |
| 37 | HUJUNJIE | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AVHCXL841K10Z |
| 38 | HUSEYIN UMUT GUNAYDIN | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AHTA0TIUZCRXL |

| 39 | iceicepick | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A89LHXXT1MC4 |
|----|----|----|----|
| 40 | jiangdianmiss | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AUJR79PI4OI4O |
| 41 | jiaoxcuioaiau | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A32JFK32J6C3M9 |
| 42 | jiayi-2 | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1HZAEVLU5HXKE&isAmazonFulfilled=0 |
| 43 | JIEYEE | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2XI5C4UA3U8SF |
| 44 | JINGWEEN | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A214BIAET6VWI0 |
| 45 | JINXISHANG | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2IR743AK4MEPX |
| 46 | kangjunshop | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2Q6DZY78FQTFU |
| 47 | KGLBOY | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1XBED90E27ELX |
| 48 | KUNKUA | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3326YXRU72E7H |
| 49 | kunminglinniwoshangmaoyouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2EGMCE57ELU5C |
| 50 | Lebowski & Co. STORE | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1186RF4MTMV19 |
| 51 | LHcang | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A251HVJU1DD43B |
| 52 | LinChaoyang | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AYOOEMPDRG0XW |
| 53 | LIU1HONGMEI | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3EZ9QC2HZ7OYV |
| 54 | liufurongdediandian | Copyright only | https://www.amazon.com/sp?seller=A2I7ZHJ7429GO8 |
| 55 | LIYUNBOO | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3A7YKXM7U3NMA |
| 56 | Lunovation | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A272JNFHFNTWWL |
| 57 | LWTLKEEA-US | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AZ1QJ971ED7P5 |
| 58 | malashangmao | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AEHHIAERJEKKP |
| 59 | Mandaqueen | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2CXV5NUUSEKCC |
| 60 | MENGLIANGUS | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A24DIZGVD0SQJI |

| 61 | MI Sell | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1D268D68AYZQA |
| 62 | MinShaoDianZidd | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1NKXJX2NS6K8Z |
| 63 | Molandra | Copyright only | https://www.amazon.com/sp?seller=AO0Q9QI5G0IXT |
| 64 | niangpushangmao | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3NP3LDLW8EAP3 |
| 65 | Nttlom | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A36EMO7D58VB84 |
| 66 | pingdingruiguangshangmaoyouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3V7NW8WEFJ3Y2 |
| 67 | putianshichengxiangquyerenmaoyiyouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1Y49E7NVX5S6J |
| 68 | QUANDANG | Copyright only | https://www.amazon.com/sp?seller=A3U3N1LAW1W6VF |
| 69 | Responding | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3DA40P07XYQJ8 |
| 70 | RonKon | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AHBT7ENNLL8R4 |
| 71 | Sannelchel | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A13AV7YF2RNQ2J |
| 72 | Saybz Decor Store | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A6R04XZ8SSCAM |
| 73 | SHI1YUANQING | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1J195943COWYU |
| 74 | shijianjingvt | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A31FHGMRMDHOBX |
| 75 | ShiKeDirect | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A161K76H2GWK2R |
| 76 | Slestping | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3F2GTCA9L72OD |
| 77 | SUBALACI | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A19X7J2SL9DFHH |
| 78 | sunfaye | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AC2IEMD6GR6CE |
| 79 | Super party | Copyright only | https://www.amazon.com/sp?seller=A3PZFFXMWUNXV8& |
| 80 | Terri Hinchey | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A27QSVEPGG9MR0 |
| 81 | Tiorga | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2NL8HO5UK06NV |
| 82 | UITSSA | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AY37ZDLWIQLDS |

| | | | |
|---|---|---|---|
| 83 | UMIT CAN YALCIN | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller =A1AMO174VQ1QMG |
| 84 | USLEH | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller =A2GQLN2ZSL1KKK |
| 85 | utminhshop | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller =AMZ6FU0D8A7CN |
| 86 | vfgsbuighvsihgjdf | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller =A34R22RIL821UF |
| 87 | VINDIJA US | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller =AFW4I3Q78WEVY |
| 88 | WANG2JIANHAO | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller =A139DUVLOZ0W0U |
| 89 | WENWAN US | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller =A1C2K734MOPLLN |
| 90 | Wu J J | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller =A2ZO7KEOHYHEHE |
| 91 | wuhanyulangaokeji | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller =A1OPK1UY60FANT |
| 92 | XDJQJGSNC | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller =AO2SZJAX1KVEW |
| 93 | xiangyangshilengyin gxishangmaoyouxia ngongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller =A8B89UNW9UYH8 |
| 94 | xiangyangshisongqi nghuishangmaoxing( gerenduzi ) | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller =A6N8EJRS5JOYN |
| 95 | XiaoNongMaoYi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller =A1RR526TQQIK54 |
| 96 | xintaishikuwanshang maoyouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller =A1VDTL7HPMZ5Y0 |
| 97 | XTNBX | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller =A3H5X141TJCXKG |
| 98 | Xuntuan | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller =ASAU570NECNI6 |
| 99 | Yayiha | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller =AW0K22EOVWB5Q |
| 100 | YERHFHSDSSS | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller =A2U24BK87XM18S |
| 101 | yiwushilouyimaoyiy ouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller =AON36HPD9ERXG |
| 102 | YueJi US | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller =A3C0J3OLWO4DUT |
| 103 | Zhang Xiang Shop | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller =A10MOWMRT736R4 |
| 104 | ZHENFULAITIE | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller =AZ7PV3OAR58D9 |

| 105 | ZHONGYINGXUE | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2YG6LAF4O6E5E |
|---|---|---|---|
| 106 | ZHU1HONGHE | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1B6F956I83RFH |
| 107 | zzshdz | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1ICITPDIVS7P2 |
| 108 | 平定嘉文商贸有限公司 | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3IB2P3Q3PYUT |
| 109 | 洪洞县伟煜贸易店(个人独资) | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2F1V19O1J4Y7I |
| 110 | 王子轩 | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AH8IM1WASMW0H |
| 111 | clockcanvas | Copyright only | https://clockcanvas.com/ |
| 112 | ezovoze | Copyright only | https://ezovoze.com/ |
| 113 | ezzystore | Copyright only | https://ezzystore.com/ |
| 114 | foxbackdrop | Copyright only | https://www.foxbackdrop.com/ |
| 115 | Inxiz Store | Copyright only | https://inxiz.com/ |
| 116 | TeeDucky | Copyright only | https://teeducky.com/ |
| 117 | trilogygift | Copyright only | https://www.trilogygift.com/ |
| 118 | uhoodie | Copyright only | https://uhoodie.com/ |
| 119 | Ahe E-commerce Co., Ltd | Copyright only | https://www.walmart.com/seller/101351361 |
| 120 | Bnostalgia Co.Ltd | Copyright only | https://www.walmart.com/seller/101247772 |
| 121 | ruhuashiyu | Copyright only | https://www.walmart.com/seller/101663117 |
| 122 | Siqiy | Copyright only | https://www.walmart.com/seller/101541823 |
| 123 | WEI XU | Copyright only | https://www.walmart.com/seller/101625028 |
| 124 | Quanzhou Economic And Technological Development Zone Tiyou Trading Co., Ltd. | Trademark and Copyright | https://qzdysm88.en.alibaba.com/minisiteentrance.html |
| 125 | babyhoome | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=AI8Q2MWOILT0Y |
| 126 | chenxinjieyishuhaibao | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1FFA6FGU8XNV8 |
| 127 | dingyuhaimaoyi | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A2TBMD1LJF0F5B |
| 128 | ErikaReyna | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A7A55CV8Q2FYW |
| 129 | GANNLEA | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A4X7T5G8E8SVW |
| 130 | hefeifenggeshangmaoyouxiangongsi | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A105H02KP8H2AK |

| 131 | Huadong Shop | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=AXT94JGYEHQQP |
|---|---|---|---|
| 132 | JFKDSUSDH | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A2JOSGFNA870GA |
| 133 | Jnshengyao | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=AIV2JAA0R8BFA |
| 134 | LANJGJIAYAN | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=AC3QM0SU70JKA |
| 135 | lianpinshangmaoyou xiangongsi | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A38N0A5Q9DNBEE |
| 136 | make.anni | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A3L04EBQDFAXWI |
| 137 | Sylvia&Vicky Studio | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1XQWM7OBR7YU2 |
| 138 | SYUJ | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A37F7631Q1O3VQ |
| 139 | tongshanxianzhitong bodianzishangwuyo uxiangongsi | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A2W6FY9P6SYMD7 |
| 140 | Vanezza Clothes Store | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1J0NNA6AWK6KC |
| 141 | XU - CHAO | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A10HGO50K6FOXF |
| 142 | yongjitaiyiwangluok ejiyouxiangongsi | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1V3NILZ7ABHUB |
| 143 | zhanghongqinyingze nan | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A12NRO6JI52RI6 |
| 144 | 长春市永晓威商贸有限公司 | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1X8I37P8P43LW |
| 145 | 59vibefashion | Trademark and Copyright | https://59vibefashion.com/ |
| 146 | aminibi | Trademark and Copyright | https://aminibi.com/ |
| 147 | Carneyforia | Trademark and Copyright | https://carneyforiastore.com |
| 148 | casecentro | Trademark and Copyright | https://casecentro.com/ |
| 149 | casemiya | Trademark and Copyright | https://casemiya.com/ |
| 150 | caserare | Trademark and Copyright | https://caserare.com/ |
| 151 | Dolerstore | Trademark and Copyright | https://www.dolerstore.com/ |
| 152 | Edson Marques | Trademark and Copyright | https://printblur.com |

| 153 | fantasypillow | Trademark and Copyright | https://fantasypillow.com/ |
|---|---|---|---|
| 154 | favomerch | Trademark and Copyright | https://favomerch.com/ |
| 155 | ilybag | Trademark and Copyright | https://www.ilybag.com/ |
| 156 | ipeepz | Trademark and Copyright | https://ipeepz.com/ |
| 157 | KAMANDAKA | Trademark and Copyright | https://kamandaka.com/ |
| 158 | merchprintz | Trademark and Copyright | https://merchprintz.com/ |
| 159 | MICESTATION | Trademark and Copyright | https://micestation.space/ |
| 160 | Oxvistore | Trademark and Copyright | https://oxvistore.com/ |
| 161 | PERSPIRATURE | Trademark and Copyright | https://perspirature.com/ |
| 162 | plushyspace | Trademark and Copyright | https://plushyspace.com/ |
| 163 | safespecial | Trademark and Copyright | https://safespecial.com/ |
| 164 | saloreea | Trademark and Copyright | https://saloreea.com/ |
| 165 | Storebunch | Trademark and Copyright | https://storebunch.co/ |
| 166 | Teeruto | Trademark and Copyright | https://teeruto.com |
| 167 | velturas | Trademark and Copyright | https://velturas.com/ |
| 168 | vintagebrassstore | Trademark and Copyright | https://vintagebrassstore.com/ |
| 169 | Younghoodie | Trademark and Copyright | https://younghoodie.com/ |
| 170 | BEAU HOME | Trademark and Copyright | https://www.walmart.com/seller/101238646 |
| 171 | Customgic | Trademark and Copyright | https://www.walmart.com/seller/101495789 |
| 172 | feirentiyu | Trademark and Copyright | https://www.walmart.com/seller/101654549 |
| 173 | GoodGoods | Trademark and Copyright | https://www.walmart.com/global/seller/101646967 |
| 174 | jinanyunwenxin | Trademark and Copyright | https://www.walmart.com/seller/101663120 |
| 175 | Jingyu Cases | Trademark and Copyright | https://www.walmart.com/seller/101234298 |

| | | | |
|---|---|---|---|
| 176 | putianshichengxiang quhengtuomaoyi | Trademark and Copyright | https://www.walmart.com/seller/101654480 |
| 177 | WuHanShiXiongAn Han | Trademark and Copyright | https://www.walmart.com/seller/101610957 |
| 178 | Raposurf | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller =A3JAHK68ZAQYZL |