IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEGA CORPORATION, et al., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS d/b/a THE DOMAIN NAMES IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 24-cv-05162 <br><br> Hon. Judge Georgia N. Alexakis <br><br> Magistrate Judge Jeffrey Cole |

**DEFENDANT NO. 153, FANTASYPILLOW'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Number 153, FANTASYPILLOW ("Defendant"), through its attorneys and with the consent of Plaintiff's counsel, respectfully submits this motion for an order extending the date for Defendant to respond to the Complaint (D.E. 1) to and including October 8, 2024. In support of its motion, Defendant states as follows:

1. On June 20, 2024, Plaintiff filed its Complaint. (D.E. 1).

2. On August 2, 2024, Defendant filed a waiver of service, thus making Defendant's date to answer or otherwise respond to Plaintiff's complaint as September 17, 2024. (D.E. 32).

3. On September 17, 2024, Defendant requested an extension of time to answer or otherwise respond to Plaintiff's Complaint by twenty-one (21) days from the date of request, to and including October 8, so the parties may continue settlement discussions.

4. Counsel for Defendant has conferred with counsel for Plaintiff, and Plaintiff does not oppose Defendant's request.

5. This is Defendant's first request for an extension.

6. Defendant's request for additional time to respond to the Complaint in this motion is not intended to cause undue delay and no party will be prejudiced by the requested extension of time.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court enters an order allowing Defendant 153, FANTASYPILLOW, through and including October 8, 2024, to answer or otherwise respond to the Complaint.

Dated: September 17, 2024　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Hua Chen

　　　　　　　　　　　　　　　　　　　　　　Hua Chen
　　　　　　　　　　　　　　　　　　　　　　SCIENBIZIP, P.C.
　　　　　　　　　　　　　　　　　　　　　　550 S. Hope Street, Suite 2825
　　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90071
　　　　　　　　　　　　　　　　　　　　　　Telephone: (213) 426-1771
　　　　　　　　　　　　　　　　　　　　　　huachen@scienbizippc.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant No. 153*