**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| SEGA CORPORATION and SEGA OF AMERICA, INC.,<br><br>                       Plaintiffs,<br><br>    v.<br><br>SHENZHEN JINGHANG TECHNOLOGY CO., LTD., et al.,<br><br>                       Defendants. | Case No. 24-cv-05162<br><br>**Judge Georgia N. Alexakis**<br><br>**Magistrate Judge Jeffrey Cole** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiffs Sega Corporation and Sega of America, Inc. ("Plaintiffs" or "Sega") against the defendants identified on Schedule A, and using the online marketplace accounts identified on Schedule A (collectively, the "Seller Aliases"), and Sega having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, "Defaulting Defendants");

Judge Valderrama having entered upon a showing by Sega a preliminary injunction against Defaulting Defendants which included an asset restraining order;

Sega having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

This Court hereby finds that, in the absence of adversarial presentation, it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, have sold products bearing unauthorized copies of Sega's copyrighted works, including the distinctive characters embodied therein (the "Sega Copyrighted Works"), and/or using infringing and counterfeit versions of Sega's federally registered trademarks (the "Sega Trademarks") (such products collectively referred to herein as "Unauthorized Products") to Illinois residents.

A list of the Sega Copyrighted Works is below.

| U.S. Copyright Reg. No. | Work Title | Issue Date |
|---|---|---|
| PA0002344266 | Sonic the Hedgehog 2 | April 8, 2022 |
| PRE000011798 | Sonic the Hedgehog 2 | April 9, 2021 |
| PA0002228951 | Sonic the Hedgehog | February 18, 2020 |
| PRE000010948 | Sonic the Hedgehog | July 22, 2019 |
| TX0008029049 | Sonic Boom. | January 22, 2015 |
| TX0007606111 | Sonic & Knuckles "Mecha Madness Special" | October 8, 2012 |
| TX0007609228 | Sonic & Knuckles | October 8, 2012 |
| TX0007609248 | Sonic Adventures "Nights Into Dreams" | October 8, 2012 |
| TX0007609603 | Sonic Adventures "Nights Into Dreams" | October 8, 2012 |
| TX0007609483 | Sonic Adventures "Nights Into Dreams" | October 8, 2012 |
| TX0007609242 | Sonic Adventures "Nights Into Dreams" | October 8, 2012 |
| TX0007609194 | Sonic Blast | October 8, 2012 |
| TX0007609230 | Sonic Live | October 8, 2012 |
| TX0007609187 | Sonic the Hedgehog "In Your Face". [Published: 1997-01-15. Issue: no. 1, 01/15/1997] | October 8, 2012 |
| TX0007609198 | Sonic Triple Trouble. [Published: 1995-06-28. Issue: no. 1, 06/28/1995] | October 8, 2012 |
| TX0007609235 | Sonic vs. Knuckles. [Published: 1995-04-17. Issue: no. 1, 04/17/1995] | October 8, 2012 |

| | | |
|---|---|---|
| TX0007606123 | Sonic Quest: Death Egg Saga. [Published: 1996-08-26. Issue: no. 1, Dec 1996] | September 25, 2012 |
| TX0007606128 | Sonic Quest: Death Egg Saga. [Published: 1996-09-15. Issue: no. 2, Jan 1997] | September 25, 2012 |
| TX0007606137 | Sonic Quest: Death Egg Saga. [Published: 1996-11-16. Issue: no. 3, Feb 1997] | September 25, 2012 |
| TX0007617975 | Sonic the Hedgehog Buddy "Tail's". [Published: 1995-08-17. Issue: no. 1, Dec 1995] | September 25, 2012 |
| TX0007617973 | Sonic the Hedgehog Buddy "Tail's". [Published: 1995-09-26. Issue: no. 2, Jan 1996] | September 25, 2012 |
| TX0007617970 | Sonic the Hedgehog Buddy "Tail's". [Published: 1995-10-31. Issue: no. 3, Feb 1996] | September 25, 2012 |
| TX0007609679 | Sonic the Hedgehog Presents "Princess Sally". [Published: 1995-04-12. Issue: no. 1, April, 1995] | September 25, 2012 |
| TX0007609635 | Sonic the Hedgehog Presents "Princess Sally". [Published: 1995-05-23. Issue: no. 2, May 1995] | September 25, 2012 |
| TX0007609608 | Sonic the Hedgehog Presents "Princess Sally". [Published: 1995-06-25. Issue: no. 3, June 1995] | September 25, 2012 |
| TX0007604909 | SONIC X. [Published: 2008-03-10. Issue: no. 30, 03/10/2008] | September 24, 2012 |
| TX0007604907 | SONIC X. [Published: 2008-03-26. Issue: no. 31, 03/26/2008] | September 24, 2012 |
| TX0007604905 | SONIC X. [Published: 2008-04-23. Issue: no. 32, 04/23/2008] | September 24, 2012 |
| TX0007604904 | SONIC X. [Published: 2008-05-28. Issue: no. 33, 05/28/2008] | September 24, 2012 |
| TX0007604903 | SONIC X. [Published: 2008-06-25. Issue: no. 34, 06/25/2008] | September 24, 2012 |
| TX0007604877 | SONIC X. [Published: 2008-07-23. Issue: no. 35, 07/23/2008] | September 24, 2012 |
| TX0007604398 | SONIC X. [Published: 2008-08-27. Issue: no. 36, 08/27/2008] | September 24, 2012 |
| TX0007604138 | SONIC X. [Published: 2008-09-24. Issue: no. 37, 09/24/2008] | September 24, 2012 |
| TX0007604076 | SONIC X. [Published: 2008-10-22. Issue: no. 38, 10/22/2008] | September 24, 2012 |
| TX0007603702 | SONIC X. [Published: 2008-11-26. Issue: no. 39, 11/26/2008] | September 24, 2012 |
| TX0007602871 | SONIC X. [Published: 2008-12-24. Issue: no. 40, 12/24/08] | September 24, 2012 |
| TX0007604911 | SONIC X. [Published: 2005-09-07. Issue: no. 1, Nov 2005] | September 19, 2012 |
| TX0007604912 | SONIC X. [Published: 2007-02-09. Issue: no. 16, Mar 2007] | September 19, 2012 |

3

| | | |
|---|---|---|
| TX0007605207 | SONIC X. [Published: 2007-03-16. Issue: no. 17, April 2007] | September 19, 2012 |
| TX0007605212 | SONIC X. [Published: 2007-04-13. Issue: no. 18, May 2007] | September 19, 2012 |
| TX0007605218 | SONIC X. [Published: 2007-05-03. Issue: no. 19, June 2007] | September 19, 2012 |
| TX0007617976 | SONIC X. [Published: 2007-05-31. Issue: no. 20, July 2007] | September 19, 2012 |
| TX0007605216 | SONIC X. [Published: 2007-07-02. Issue: no. 21, Aug 2007] | September 19, 2012 |
| TX0007605214 | SONIC X. [Published: 2007-07-30. Issue: no. 22, Sept 2007] | September 19, 2012 |
| TX0007605119 | SONIC X. [Published: 2007-08-27. Issue: no. 23, Oct 2007] | September 19, 2012 |
| TX0007605116 | SONIC X. [Published: 2007-09-24. Issue: no. 24, Nov 2007] | September 19, 2012 |
| TX0007604938 | SONIC X. [Published: 2007-10-22. Issue: no. 25, Dec 2007] | September 19, 2012 |
| TX0007604930 | SONIC X. [Published: 2007-11-07. Issue: no. 26, Jan 2008] | September 19, 2012 |
| TX0007604928 | SONIC X. [Published: 2007-12-17. Issue: no. 27, Feb 2008] | September 19, 2012 |
| TX0007604925 | SONIC X. [Published: 2008-01-14. Issue: no. 28, Mar 2008] | September 19, 2012 |
| TX0007604921 | SONIC X. [Published: 2008-02-11. Issue: no. 29, Mar 2008] | September 19, 2012 |
| TX0007617978 | SONIC X. [Published: 2005-10-05. Issue: no. 2, Dec 2005] | September 17, 2012 |
| TX0007605205 | SONIC X. [Published: 2005-11-02. Issue: no. 3, Jan 2006] | September 17, 2012 |
| TX0007605203 | SONIC X. [Published: 2005-11-30. Issue: no. 4, Feb 2006] | September 17, 2012 |
| TX0007605201 | SONIC X. [Published: 2006-01-25. Issue: no. 5, April 2006] | September 17, 2012 |
| TX0007605184 | SONIC X. [Published: 2006-02-22. Issue: no. 6, May 2006] | September 17, 2012 |
| TX0007605180 | SONIC X. [Published: 2006-03-22. Issue: no. 7, June 2006] | September 17, 2012 |
| TX0007605172 | SONIC X. [Published: 2006-04-19. Issue: no. 8, July 2006] | September 17, 2012 |
| TX0007605168 | SONIC X. [Published: 2006-06-28. Issue: no. 10, Aug 2006] | September 17, 2012 |
| TX0007604931 | SONIC X. [Published: 2006-06-28. Issue: no. 9, July 2006] | September 17, 2012 |

| | | |
|---|---|---|
| TX0007604940 | SONIC X. [Published: 2006-07-22. Issue: no. 12, Nov 2006] | September 17, 2012 |
| TX0007605164 | SONIC X. [Published: 2006-07-26. Issue: no. 11, Sept 2006] | September 17, 2012 |
| TX0007605175 | SONIC X. [Published: 2006-10-25. Issue: no. 13, Dec 2006] | September 17, 2012 |
| TX0007604935 | SONIC X. [Published: 2006-11-01. Issue: no. 14, Jan 2006] | September 17, 2012 |
| TX0007604933 | SONIC X. [Published: 2006-12-13. Issue: no. 15, Feb 2007] | September 17, 2012 |
| TX0007563319 | SONIC SUPER SPECIAL. [Published: 1997-04-29. Issue: no. 1, 4/29/1997] | July 13, 2012 |
| TX0007563317 | SONIC SUPER SPECIAL. [Published: 1997-08-19. Issue: no. 2, 8/19/1997] | July 13, 2012 |
| TX0007563313 | SONIC SUPER SPECIAL. [Published: 1997-10-21. Issue: no. 3, 10/21/1997] | July 13, 2012 |
| TX0007563302 | SONIC SUPER SPECIAL. [Published: 1997-12-30. Issue: no. 4, 1998] | July 13, 2012 |
| TX0007563180 | SONIC SUPER SPECIAL. [Published: 1998-03-17. Issue: no. 5, 3/17/1998] | July 13, 2012 |
| TX0007563178 | SONIC SUPER SPECIAL. [Published: 1998-06-16. Issue: no. 6, 6/16/1998] | July 13, 2012 |
| TX0007563175 | SONIC SUPER SPECIAL. [Published: 1998-09-29. Issue: no. 7, 9/29/1998] | July 13, 2012 |
| TX0007562833 | SONIC SUPER SPECIAL. [Published: 1999-03-16. Issue: no. 9, 3-16-99] | July 13, 2012 |
| TX0007562829 | SONIC SUPER SPECIAL. [Published: 1999-06-15. Issue: no. 10, 6/15/1999] | July 13, 2012 |
| TX0007562822 | SONIC SUPER SPECIAL. [Published: 1999-09-21. Issue: no. 11, 9/21/1999] | July 13, 2012 |
| TX0007562838 | SONIC SUPER SPECIAL. [Published: 1999-12-29. Issue: no. 8, 12/29/1999] | July 13, 2012 |
| TX0007562818 | SONIC SUPER SPECIAL. [Published: 2000-01-04. Issue: no. 12, 1/4/00] | July 13, 2012 |
| TX0007562815 | SONIC SUPER SPECIAL. [Published: 2000-01-04. Issue: no. 13, 01/04/2000] | July 13, 2012 |
| TX0007562811 | SONIC SUPER SPECIAL. [Published: 2000-06-01. Issue: no. 14, 06/01/2000] | July 13, 2012 |
| TX0007562780 | SONIC SUPER SPECIAL. [Published: 2000-11-01. Issue: no. 15, Feb 2001] | July 13, 2012 |
| PAu003353780 | Sonic Unleashed Video Excerpts and Screenshots. | August 20, 2008 |
| PA0000783698 | The adventures of Sonic the Hedgehog : no. 238-101. | February 8, 1996 |
| PA0000783697 | The adventures of Sonic the Hedgehog : no. 238-102. | February 8, 1996 |
| PA0000783696 | The adventures of Sonic the Hedgehog : no. 238-103 | February 8, 1996 |

| PA0000783767 | The adventures of Sonic the Hedgehog : no. 238-104, Sloww going. | February 8, 1996 |
|---|---|---|
| PA0000783769 | The adventures of Sonic the Hedgehog : no. 238-105, High stakes Sonic. | February 8, 1996 |
| PA0000783766 | The adventures of Sonic the Hedgehog : no. 238-106, Sonic breakout. | February 8, 1996 |
| PA0000783765 | The adventures of Sonic the Hedgehog : no. 238-107, Trail of the missing... | February 8, 1996 |
| PA0000783740 | The adventures of Sonic the Hedgehog : no. 238-108. | February 8, 1996 |
| PA0000783739 | The adventures of Sonic the Hedgehog : no. 238-109. | February 8, 1996 |
| PA0000783760 | The adventures of Sonic the Hedgehog : no. 238-110, King Coconuts. | February 8, 1996 |
| PA0000791347 | The adventures of Sonic the Hedgehog : no. 238-111. | February 8, 1996 |
| PA0000791349 | The adventures of Sonic the Hedgehog : no. 238-112. | February 8, 1996 |
| PA0000791345 | The adventures of Sonic the Hedgehog : no. 238-113. | February 8, 1996 |
| PA0000791344 | The adventures of Sonic the Hedgehog : no. 238-114. | February 8, 1996 |
| PA0000791340 | The adventures of Sonic the Hedgehog : no. 238-115. | February 8, 1996 |
| PA0000791339 | The adventures of Sonic the Hedgehog : no. 238-116. | February 8, 1996 |
| PA0000791341 | The adventures of Sonic the Hedgehog : no. 238-117. | February 8, 1996 |
| PA0000791342 | The adventures of Sonic the Hedgehog : no. 238-118. | February 8, 1996 |
| PA0000777971 | The adventures of Sonic, the hedgehog : no. 238-137. | February 8, 1996 |
| PA0000777973 | The adventures of Sonic, the hedgehog : no. 238-138. | February 8, 1996 |
| PA0000777970 | The adventures of Sonic, the hedgehog : no. 238-139. | February 8, 1996 |
| PA0000778054 | The adventures of Sonic the Hedgehog : no. 238-140. | February 8, 1996 |
| PA0000778058 | The adventures of Sonic the Hedgehog : no. 238-141. | February 8, 1996 |
| PA0000778060 | The adventures of Sonic the Hedgehog : no. 238-142. | February 8, 1996 |
| PA0000778056 | The adventures of Sonic the Hedgehog : no. 238-143. | February 8, 1996 |
| PA0000777968 | The adventures of Sonic, the hedgehog : no. 238-144. | February 8, 1996 |
| PA0000777967 | The adventures of Sonic, the hedgehog : no. 238-145. | February 8, 1996 |
| PA0000778055 | The adventures of Sonic the Hedgehog : no. 238-146. | February 8, 1996 |
| PA0000778061 | The adventures of Sonic the Hedgehog : no. 238-147. | February 8, 1996 |
| PA0000777966 | The adventures of Sonic, the hedgehog : no. 238-148. | February 8, 1996 |
| PA0000777965 | The adventures of Sonic, the hedgehog : no. 238-149. | February 8, 1996 |
| PA0000778053 | The adventures of Sonic the Hedgehog : no. 238-150. | February 8, 1996 |
| PA0000777972 | The adventures of Sonic, the hedgehog : no. 238-151. | February 8, 1996 |
| PA0000778062 | The adventures of Sonic the Hedgehog : no. 238-152. | February 8, 1996 |
| PA0000778059 | The adventures of Sonic the Hedgehog : no. 238-153. | February 8, 1996 |
| PA0000778057 | The adventures of Sonic the Hedgehog : no. 238-154. | February 8, 1996 |
| PA0000783699 | The adventures of Sonic the Hedgehog : no. 238-155. | February 8, 1996 |
| PA0000783700 | The adventures of Sonic the Hedgehog : no. 238-156. | February 8, 1996 |
| PA0000783706 | The adventures of Sonic the Hedgehog : no. 238-157. | February 8, 1996 |

6

| | | |
|---|---|---|
| PA0000783702 | The adventures of Sonic the Hedgehog : no. 238-158. | February 8, 1996 |
| PA0000783701 | The adventures of Sonic the Hedgehog : no. 238-159. | February 8, 1996 |
| PA0000783705 | The adventures of Sonic the Hedgehog : no. 238-160. | February 8, 1996 |
| PA0000783761 | The adventures of Sonic the Hedgehog : no. 238-161, 48 hour sonic : a.k.a. Fat & easy. | February 8, 1996 |
| PA0000783764 | The adventures of Sonic the Hedgehog : no. 238-162, Lifestyles of the sick and twisted. | February 8, 1996 |
| PA0000783763 | The adventures of Sonic the Hedgehog : no. 238-163, Sonic is running. | February 8, 1996 |
| PA0000783762 | The adventures of Sonic the Hedgehog : no. 238-164, Roboninjas. | February 8, 1996 |
| PA0000791361 | The adventures of Sonic, the hedgehog : no. 238-165. | February 8, 1996 |
| PA0000791242 | The adventures of Sonic the Hedgehog : no. 238-119, Mystery of the missing... | February 7, 1996 |
| PA0000791233 | The adventures of Sonic the Hedgehog : no. 238-120, Goodbye sucker. | February 7, 1996 |
| PA0000791232 | The adventures of Sonic the Hedgehog : no. 238-121, Sonic getstrashed. | February 7, 1996 |
| PA0000791231 | The adventures of Sonic the Hedgehog : no. 238-122, Pseudo Sonic. | February 7, 1996 |
| PA0000777969 | The adventures of Sonic, the hedgehog : no. 238-123. | February 7, 1996 |
| PA0000791230 | The adventures of Sonic the Hedgehog : no. 238-124, Tails in charge. | February 7, 1996 |
| PA0000791229 | The adventures of Sonic the Hedgehog : no. 238-125, Sno problem. | February 7, 1996 |
| PA0000777963 | The adventures of Sonic, the hedgehog : no. 238-126. | February 7, 1996 |
| PA0000791228 | The adventures of Sonic the Hedgehog : no. 238-127, Dream on. | February 7, 1996 |
| PA0000791234 | The adventures of Sonic the Hedgehog : no. 238-128, Musta ... beautiful baby. | February 7, 1996 |
| PA0000772425 | The adventures of Sonic, the hedgehog : no. 238-129. | February 7, 1996 |
| PA0000791243 | The adventures of Sonic the Hedgehog : no. 238-130, Full tilt tails. | February 7, 1996 |
| PA0000791244 | The adventures of Sonic the Hedgehog : no. 238-131, MacHopper. | February 7, 1996 |
| PA0000772426 | The adventures of Sonic the Hedgehog : no. 238-132. | February 7, 1996 |
| PA0000777964 | The adventures of Sonic, the hedgehog : no. 238-133. | February 7, 1996 |
| PA0000772423 | The adventures of Sonic, the hedgehog : no. 238-134. | February 7, 1996 |
| PA0000772427 | The adventures of Sonic the Hedgehog : no. 238-135. | February 7, 1996 |
| PA0000791227 | The adventures of Sonic the Hedgehog : no. 238-136, Robotnik's rival. | February 7, 1996 |
| PA0000659981 | Sonic the hedgehog 3 | June 22, 1994 |
| PA0000659929 | Sonic the hedgehog | March 7, 1994 |

7

| TXu000593150 | Sonic spinball. | November 3, 1993 |
| PA0000602981 | Sonic the hedgehog 2 | November 12, 1992 |

A list of the Sega Trademarks is included in the below chart.

| Registration Number | Trademark | Registration Date | Goods and Services |
|---|---|---|---|
| 3,009,472 | SONIC THE HEDGEHOG | Oct. 25, 2005 | For: Video game software in class 009. |
| 4,673,369 | SONIC THE HEDGEHOG | Jan. 20, 2015 | For: Key rings of precious metals; badges of precious metal; wristwatches; watches; clocks in class 014.<br><br>For: Printed matter, namely, books, magazines and newsletters featuring animation, video games, computer games, arcade games, posters; comic books; note books in class 016.<br><br>For: Bags, namely, backpacks, shoulder bags in class 018.<br><br>For: Picture frames in class 020.<br><br>For: Cups; bottles, sold empty in class 021.<br><br>For: Quilts; quilt covers; pillowcases; bed blankets in class 024.<br><br>For: Clothing, namely, t-Shirts, shirts, socks, underwear, sweaters, parkas, head wear, pajamas; shoes in class 025.<br><br>For: Amusement game machines |

| | | | |
|---|---|---|---|
| | | | and coin-operated amusement machines for use in amusement parks; toys, namely, electronic action toys, inflatable toys, mechanical action toys, puzzles, toy building blocks, board games; action figures; electronic action toys; dolls; stuffed toys; playing cards; sports equipment, namely, skateboards in class 028.<br><br>For: Confectionery made of sugar; ice cream in class 030.<br><br>For: Carbonated soft drinks; non-alcoholic beverages, namely, fruit-flavored soft drinks and soda water in class 032. |
| 6,358,553 | SONIC THE HEDGEHOG | May 25, 2021 | For: Recorded videotapes and videodiscs featuring animation, action, adventure and comedy films; downloadable films and movies featuring animation, action, adventure and comedy provided via a video-on-demand service; motion picture films featuring animation, action, adventure and comedy; downloadable graphics for computers, video game machines and mobile phones featuring scenes and characters based on animated cartoons, computer games and video games; electronic publications, namely, downloadable electronic books and magazines in the field of motion pictures, cartoons, music, computer games and video games; phonograph records featuring music; downloadable music files via a |

| | | | |
|---|---|---|---|
| | | | global computer network and wireless devices; recorded compact discs featuring music, video game sounds and dialogues; compact discs, prerecorded audio tapes, and downloadable files featuring musical sound recordings; mobile phone straps; protective cases for cell phones; downloadable computer game programs; recorded computer game programs; downloadable computer game software; recorded computer game software; downloadable video game software; recorded video game software; downloadable video game programs; recorded video game programs; video game discs and cartridges; downloadable computer game software for use on mobile and cellular phones in class 009. |
| 5,268,608 | SONIC MANIA | Aug. 22, 2017 | For: Computer game programs; computer game software; video game software; video game programs; video game discs and video game cartridges; computer game software for use on mobile and cellular phones; mobile phone straps; protective cases for cell phones; downloadable graphics, images and moving images for computers, video game machines or mobile phones featuring scenes and characters based on computer and video games; downloadable computer and video game software; downloadable music files via a global computer network and wireless devices; sound recorded compact discs featuring music, |

| | | | |
|---|---|---|---|
| | | | video game sounds and dialogues; musical sound recordings; prerecorded video discs and tapes featuring music, comedy, drama, action, adventure and animation; electronic publications, namely, downloadable books and magazines in the field of computer games, video games, cartoons and music; phonograph records featuring music in class 009.<br><br>For: Entertainment services, namely, providing on-line video games and on-line computer games; providing amusement facilities; providing amusement arcade services; providing amusement parks; organization, production and presentation of video and computer game contests and tournaments in class 041. |
| 5,619,845 | SONIC BOOM | Dec. 4, 2018 | For: Computer game programs for home video consoles; electronic circuits, magnetic computer tapes and disks, optical disks, ROM cartridges and other recording media, namely, computer cartridges and computer cassettes, all containing video game programs for use with home video game consoles; electronic circuits, magnetic computer tapes and disks, optical disks, ROM cartridges and other recording media, namely, computer cartridges and computer cassettes, all containing video game programs for use with hand-held games with liquid crystal displays; video game software for home |

| | | | video game consoles; telecommunication machines and apparatus, namely, cellular phones and mobile phones; straps for mobile phones; computers; computer game programs; electronic circuits, magnetic computer tapes and disks, optical disks, ROM cartridges containing computer game programs; computer software for children's education; computer application software for mobile phones, namely, game software; computer game software; computer software for computer system management; computer programs for arcade video game machines; electronic circuits, magnetic computer tapes and disks, optical disks, ROM cartridges and other recording media, namely, computer cartridges and cassettes, all containing video game programs for use with arcade video game machines; game software for arcade video game machines; video game program; video game software; phonograph records featuring music; downloadable music files; downloadable music files for mobile telephones and tablet computers; recorded compact discs featuring music, animated cartoons; downloadable image files in the field of computer games, video games and animated cartoons; downloadable image files, namely, downloadable moving image files for mobile terminals, in the field of |

|  |  |  | computer games, video games and animated cartoons; recorded video discs and video tapes featuring movies, cartoons, video games; videotapes and videodiscs recorded with animation; downloadable electronic publications, namely, books, comic books, magazines and manuals featuring computer games, video games and animated cartoons in class 009.<br><br>For: Pastes and other adhesives for stationery or household purposes; hygienic hand towels of paper, namely, wet tissue; paper towels; table napkins of paper; hand towels of paper; handkerchiefs of paper; stationery; seals; stickers; printed matter, namely, comic books, video game instruction manuals, children's books, children's activity books, songbooks, children's magazines, magazines and pamphlets featuring information and articles about fashion and games; pictorial prints; picture books; catalogues in the field of computer games, video games and animated cartoons; calendars; trading cards; paintings and calligraphic works; printed photographs; photograph stands in class 016.<br><br>For: Clothing for domestic pets; bags, namely, athletic bags, all-purpose sports bags and beach bags; pouches, namely, felt pouches, leather pouches and key |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | | | pouches; Boston bags; rucksacks; card cases, namely, credit card cases, name card cases and game card cases; key cases; purses; commutation-ticket holders, namely, wallets, document cases, ticket pouches; business card cases; unfitted vanity cases sold empty; umbrellas and their parts; walking sticks; canes; metal parts of canes and walking-sticks; walking cane handles and walking stick handles; saddlery in class 018.<br><br>For: Non-metal locks; cushions; Japanese floor cushions (zabuton); pillows; mattresses; nameplates and door nameplates, not of metal; hand-held flat fans; hand-held folding fans; furniture; wind chimes; plastic keychains with a small doll attached; plastic key tags with a small doll attached in class 020.<br><br>For: Plastic handheld shopping baskets; cosmetic and toilet utensils; toothbrushes; hair brushes; toilet cases, namely, toilet brush holder; kitchen utensils, namely, batter dispenser, grill covers, barbeque branders and grates; kitchen containers, namely, kitchen containers, containers for household or kitchen user of precious metal and non-electric kitchen containers not made of precious metal; non-electric cooking pots and pans; non-electric coffee-pots; Japanese cast iron kettles, non-electric (tetsubin); |

non-electric kettles; tableware, other than knives, forks and spoons, namely, coffee services, tea services; drinking cups; dishes; Japanese rice bowls (chawan); lunch boxes; Japanese style tea cups (yunomi); Japanese style soup serving bowls (wan); non-electric portable coldboxes; rice chests; food preserving jars of glass; drinking flasks; vacuum bottles; piggy banks in class 021.

For: Towels; Japanese cotton towels (tenugui); handkerchiefs; mosquito nets; bedsheets; futon quilts; fitted futon covers not of paper, unfitted futon covers not of paper; quilt covers; futon ticksticks, namely, unstuffed futon covers not of paper; pillowcases; blankets, namely, lap blankets, bed blankets and baby blankets; table napkins of textile; dish cloths; shower curtains; banners and flags of textile; seat covers of textile, namely, fitted toilet seat covers of textile, unfitted seat covers of textile; wall hangings of textile; curtains; table cloths not of paper; draperies in the nature of thick drop curtains in class 024.

For: Lottery tickets; amusement game machines and apparatus, namely, coin-operated amusement machines for use in amusement parks; arcade video game machines other than for use with television receivers; coin, card or counter operated electronic arcade-type

|  |  |  | video games and amusement apparatus adapted for use with an external display screen or monitor, amusement apparatus incorporating a video monitor; arcade medal redemption game machines, namely, arcade redemption game machines which dispenses tickets or the like to successful players; arcade ticket redemption game machines, namely, arcade redemption game machines which dispenses tickets or the like to successful players; arcade game machines other than for use with television receivers; coin, card or counter operated electronic arcade-type video games and amusement apparatus, namely, amusement apparatus adapted for use with an external display screen or monitor; fairground ride apparatus, namely, amusement park rides; home video game machines; hand-held games with liquid crystal displays; toys, namely, rubber character toys, plastic character toys, wooden character toys, electronic character toys, educational character toys, party favors in the nature of small toys; squeeze toys; dolls; stuffed toys; action figures; puzzles; jigsaw puzzles; cards, namely, game cards; trading card games; go games; Japanese playing cards, namely, utagaruta; Japanese chess (shogi games); dice; Japanese dice games (sugoroku); dice cups; Chinese checkers as games; chess games; checkers; checker sets; conjuring |
|---|---|---|---|

|  |  |  | apparatus, namely, magic tricks; dominoes; playing cards; Japanese playing cards (hanafuda); mah-jong; game machines and apparatus, namely, coin-operated video games; billiard equipment; darts equipment, namely, darts, dart shafts, dart boards; digital darts equipment, namely, electronic dart game; slot machines; sports equipment, namely, baseball bats, baseball gloves and baseball batting helmets, soccer balls, basketballs, hockey skates, skis in class 028.<br><br>For: Tea; coffee; cocoa; confectionery, namely, confectionery made of sugar, confectionery, namely, pastilles, fondants, fruit jellies candy, chocolate, popcorn and chewing gum; bread and buns; sandwiches; steamed buns stuffed with minced meat (niku-manjuh); hamburger sandwiches; pizzas; hot dog sandwiches; meat pies; ice cream; pasta, macaroni, oatmeal, flakes, namely, corn flakes, oat flakes, maize flakes; pastry; bread; Chinese stuffed dumplings (gyoza, cooked); Chinese steamed dumplings (shumai, cooked); sushi; fried balls of batter mix with small pieces of octopus, namely, takoyaki; boxed lunches consisting primarily of rice, with added meat, fish or vegetables; ravioli; instant confectionery mixes, namely, instant pudding mix, cake mixes, sherbet mixes and ice cream mixes; crepes; pasta sauce; biscuits; |
|---|---|---|---|

cookies in class 030.

For: Carbonated drinks, namely, carbonated soft drinks; fruit juices; vegetable juices; whey beverages in class 032.

For: Providing non-downloadable electronic publications in the nature of magazines, newsletters, picture books and comic books in the field of computer games, video games and animated cartoons; services of reference libraries for literature and documentary records; book rental; providing on-line electronic publications via internet or database including websites in the nature of magazines, news letters, picture books and comic books in the field of computer games, video games and animated cartoons; planning or arrangement of showing movies, live show performances, plays or musical performances; movie showing, movie film production, or movie film distribution; providing on-line images, movies, moving images and graphics in the field of computer games, video games and animated cartoons; providing on-line images, movies, moving images and graphics by computer terminals or mobile phones; entertainment in the form of non-downloadable images relating to fictional characters from books, animation, toys and games; direction or presentation of plays; providing on-line music, not

|  |  |  | downloadable, via computer terminals or mobile phones; organization of game tournaments; entertainment services, namely, providing amusement park rides in the nature of bumper car ride and roller coaster ride; providing amusement facilities; providing amusement arcade services; providing amusement parks; providing on-line video games; providing on-line board games; providing on-line quizzes; providing information relating to on-line computer games; providing on-line computer games; providing information relating to providing on-line computer games; providing information, in websites offering on-line video games, consisting of the game scores achieved by players of the games on the website and the rankings of such players based on those scores; production of radio or television programs; television entertainment, namely, a continuing animated cartoons, variety, news, comedy show broadcast over television; production of radio and television programs; radio entertainment, namely, a continuing animated cartoons, variety, news, comedy show broadcast over the radio, radio entertainment production in class 041. |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 4,366,529 | SONIC & ALL-STARS RACING TRANSFORMED | Jul. 16, 2013 | For: Computer game programs; computer game software; video game software; video game programs; video game discs and cartridges; computer game software for use on mobile and cellular phones; downloadable graphics and images featuring fictional characters or video games, and music via a global computer network; downloadable graphics and moving images for mobile phones featuring fictional characters or video games in class 009. |
| 3,972,721 | SONIC & SEGA ALL-STARS RACING | Jun. 7, 2011 | For: Computer game programs; video game software; video game programs in class 009. |
| 6,187,305 | SONIC RACING | Nov. 3, 2020 | For: Downloadable computer game programs; recorded computer game programs; downloadable computer game software; recorded computer game software; downloadable video game software; recorded video game software; downloadable video game programs; recorded video game programs; video game discs and cartridges; downloadable computer game software for use on mobile and cellular phones; mobile phone straps; protective cases for cell phones; downloadable graphics, images and moving images for computers, video game machines or mobile phones featuring scenes and characters |

|  |  |  | based on computer and video games; downloadable computer game and video game software; downloadable music files via a global computer network and wireless devices; sound recorded compact discs featuring music, video game sounds and dialogues; compact discs, magnetic tapes, and downloadable files featuring musical sound recordings; prerecorded video discs and tapes featuring music, comedy, drama, action, adventure and animation; electronic publications, namely, downloadable books and magazines in the field of computer games, video games, cartoons and music; phonograph records featuring music in class 009. <br><br> For: Entertainment services, namely, providing on-line video games and on-line computer games; providing entertainment information on on-line games; providing non-downloadable on-line computer graphics, moving images and images featuring scenes and characters based on computer and video games by computer networks, video game machines or mobile phones; providing amusement facilities; providing amusement arcade services; providing amusement parks; organization, production and presentation of video and computer game contests and tournaments; providing entertainment |

| | | | |
|---|---|---|---|
| | | | information about amusement facilities; providing on-line music, not downloadable in class 041. |
| 6,263,485 | TEAM SONIC RACING | Feb. 9, 2021 | For: Downloadable computer game programs; recorded computer game programs; downloadable computer game software; recorded computer game software; downloadable video game software; recorded video game software; downloadable video game programs; recorded video game programs; video game discs and cartridges; downloadable computer game software for use on mobile and cellular phones; downloadable computer game and video game software in class 009.<br><br>For: Pastes and other adhesives for stationery or household purposes; hygienic hand towels of paper; table napkins of paper; hand towels of paper; handkerchiefs of paper; stationery; stickers; printed matter, namely, comic books, instruction manuals in the field of computer games and video games, children's books, children's activity books, songbooks, children's magazines and magazines in the field of computer games, video games, cartoons and music; picture books, reference books in the field of computer games, video games, cartoons and music; catalogues in the field of computer games, video games, cartoons and music; calendars; general feature magazines in the field of computer games, video games, cartoons and |

|  |  |  | music; books, namely, coloring books, date books; pamphlets in the field of computer games, video games, cartoons and music; trading cards other than for games; printed instructional and teaching material in the field of computer games, video games, cartoons and music; photographs; photograph stands in class 016.

For: Clothing, namely, t-shirts, shirts, sweaters, sweatshirts, jackets, pajamas, coats, swimwear, mufflers as neck scarves, gloves, scarves, neck ties, socks, underwear, pants, jeans, shorts, skirts, underpants, robes; shoes; boots; footwear; beach shoes; galoshes; half-boots; lace boots; sandals; sneaker; sports shoes; wooden shoes; heels, namely, high-heel shoes; masquerade costumes; play costumes, namely, costumes for use in children's dress up play, costumes for use in role-playing games; clothes for sports, namely, sports jerseys and breeches for sports; boots for sports; headwear, namely, hats and caps in class 025.

For: Coin-operated video games; arcade game machines; arcade video game machines; amusement game machines with built-in screens; toy vehicles; dolls; stuffed toys; toy action figures; trading card games; playing cards; arcade redemption game machines which dispense tickets or tokens to |
|---|---|---|---|

successful players; arcade crane game machines which dispense tickets or tokens to successful players; gaming machines, namely, slot machines in class 028.

For: Tea; prepared coffee and coffee-based beverages; prepared cocoa and cocoa-based beverages; almond confectionery, namely, almond cookies, chocolate confectionery, namely, chocolate mousses, chocolate cakes and chocolate chips, confectionery fondants, namely, rolled fondant, confectionery fruits jellies, namely, fruit jelly candy, confectionery fruits pastes, namely, fruit paste for flavoring of food, peanut confectionery, namely, peanut brittle and peanut butter confectionery chips, fruits-based confectionery, namely, fruit coulis, fruit turnovers and fruit cobblers; bread and buns; sandwiches; hamburgers sandwiches; pizzas; hot dog sandwiches; meat pies; ice cream; preparations made from cereals, namely, cereal-based snack bars; sushi; ravioli; instant confectionery mixes, namely, cappuccino mixes, hot chocolate mixes and biscuit mixes; crepes; pasta sauce; biscuits; cookies in class 030.

For: Beer; fruit-flavored carbonated drinks; fruit juices; vegetable juices; extracts of hops for making beer; whey beverages in class 032.

| | | | |
|---|---|---|---|
| | | | For: Entertainment services, namely, providing on-line video games and on-line computer games; organization, production and presentation of video and computer game contests and tournaments in class 041. |
| 7,002,602 | SONIC PRIME | Mar. 21, 2023 | For: Downloadable computer game programs; recorded computer game programs; downloadable computer game software; recorded computer game software; downloadable video game software; recorded video game software; downloadable video game programs; recorded video game programs; video game discs and cartridges; downloadable computer game software for use on mobile and cellular phones; mobile phone straps; protective cases for cell phones; downloadable graphics, images, and video recordings for computers, video game machines and mobile phones featuring scenes and characters based on computer and video games; downloadable computer game and video game software; downloadable music files via a global computer network and wireless devices; sound recordings recorded on compact discs featuring music, video game sounds and dialogues; prerecorded compact discs, magnetic audio tapes, and downloadable files featuring music; prerecorded video discs and magnetic audio tapes featuring music, comedy, drama, action, |

|  |  |  | adventure and animation; electronic publications, namely, downloadable books and magazines in the field of computer games, video games, cartoons and music; phonograph records featuring music; animated cartoons, namely, videotapes and videodiscs recorded with animation; downloadable electronic publications in the nature of books, manuals, catalogs, pamphlets, and magazines in the field of computer games, video games, cartoons and music; pedometers; scales; bathroom scales in class 009.<br><br>For: Pastes and other adhesives for stationery or household purposes; hygienic hand towels of paper; towels of paper; table napkins of paper; hand towels of paper; handkerchiefs of paper; stationery; seals being stationery; stickers being stationery; blank notepads; decorative stickers for portable game machines; printed instruction manuals in the field of computer games, video games, cartoons and music; printed picture books; printed reference books in the field of computer games, video games, cartoons and music; printed catalogues in the field of computer games, video games, cartoons and music; printed calendars; printed magazine publications in the field of computer games, video games, cartoons and music; printed books in the field of computer games, video games, cartoons and music; |
|---|---|---|---|

|  |  |  | printed pamphlets in the field of computer games, video games, cartoons and music; printed trading cards, other than for games; printed game hint books and manuals; printed photographs; photograph stands in class 016.<br><br>For: Clothing for domestic pets; bags, namely, carry-on bags; shoulder bags; school bags; traveling bags; pouches of leather; boston bags; rucksacks; key cases; wallets; credit card cases; vanity cases, not fitted; umbrellas and their parts; walking sticks; canes; metal parts of canes and walking-sticks; handles for canes and walking-sticks; saddlery in class 018.<br><br>For: Clothing, namely, t-shirts, shirts, sweaters, sweatshirts, jackets, pajamas, coats, swimwear, mufflers, gloves, scarves, neck ties, socks, underwear, pants, jeans, shorts, skirts, underpants, robes; footwear; beach shoes; boots; galoshes; half-boots; lace boots; sandals; sneakers; shoes; sports shoes; wooden shoes; high-heeled shoes; masquerade costumes; play costumes¿ namely, costumes for use in children's dress up play, costumes for use in role-playing games; clothes for sports namely, sports jerseys and breeches for sports; boots for sports; headwear, namely hats and caps in class 025.<br><br>For: Toy vehicles; dolls; plush |
|---|---|---|---|

| | | | dolls; stuffed toys; toy action figures; toy for pets; toy jewelry; bath toys; electronic action toys; plastic character toys; children's educational toys for developing cognitive skills; construction toys; puzzles; children's multiple activity toys; toy building sets comprised of toy building blocks; novelty toy face masks; trading card games; playing cards; coin-operated video games; arcade game machines; arcade video game machines; amusement game machines with built-in screens; arcade redemption game machines which dispense tickets or tokens to successful players; arcade crane game machines which dispense tickets or tokens to successful players in class 028.<br><br>For: Tea; prepared coffee and coffee-based beverages; prepared cocoa and cocoa-based beverages; almond confectionery, namely, cookies; chocolate confectionery; confectionery fondants; confectionery fruit jellies, namely, fruit jelly candy; confectionery fruit pastes for flavouring of food; peanut confectionery, namely, peanut brittle and peanut butter confectionery chips; fruit-based confectionery, namely, hollow candy forms filled with fruit; bread and buns; steamed buns stuffed with minced meat; meat pies; ice cream; cereal preparations¿, namely, cereal-based snack bars; |

Chinese stuffed dumplings; Chinese steamed dumplings; sushi; pre-packaged boxed lunches consisting of rice, with added meat, fish or vegetables; ravioli; instant confectionery mixes¿, namely, cappuccino mixes, hot chocolate mixes, cocoa mixes, cake mixes, cookie mixes, pastry mixes, crepe mixes, mixes for bakery goods, biscuit mixes, instant pudding mixes, mixes for candy making, frosting mixes, frozen yogurt mixes, pre-processed mixes for making non-dairy frozen confections; crepes; pasta sauce; biscuits; cookies in class 030.

For: Entertainment services, namely, providing on-line video games and on-line computer games; providing information on on-line games; providing non-downloadable on-line computer graphics, videos and images featuring scenes and characters based on computer and video games by computer networks, video game machines or mobile phones; providing amusement facilities; organization, production and presentation of video and computer game events; arranging and conducting of video game and computer game events for entertainment purposes; organization or arrangement of game tournaments; providing information about amusement facilities; providing on-line music,

| | | | not downloadable; providing electronic publications in the nature of books, manuals, catalogs, pamphlets, and magazines in the field of computer games, video games, cartoons and music; services of reference libraries for literature and documentary records; book rental; planning, management or arrangement of showing movies, theatrical shows, plays or musical performances; providing information relating to planning, management or arrangement of showing movies, theatrical shows, plays or musical performances; movie showing, movie film production, or movie film distribution; providing information relating to providing on-line graphics, movies showing, moving images, images, music and publishing of electronic publications; providing on-line graphics, movies showing, moving images, images, music and text information by computer terminals or mobile phones; providing information relating to providing on-line graphics, movies showing, moving images, images, music and publishing of electronic publications by computer terminals or mobile phones; providing on-line graphic novels, not downloadable, relating to characters of books, animated cartoons, toys, games; images showing; presentation of live show performances; direction or presentation of theatrical plays; |
|---|---|---|---|

| | | | presentation of musical performances; on-line presentation of shows, theatrical plays or musical performances; providing information relating to on-line presentation of shows, theatrical plays or musical performances; provision of shows, theatrical plays or musical performances by computer terminals or mobile phones; providing information relating to provision of shows, theatrical plays or musical performances by computer terminals or mobile phones; production of theatrical shows; production of live theatrical and musical shows; presentation of musical performances, direction or presentation of theatrical plays and presentation of musical performances provided on-line from a computer network; production of moving images and music using the internet via streaming; production of moving images and music relating to animated cartoons using the internet via streaming; on-line production of radio or television programs; production of radio or television programs and production of broadcast programs, using computer graphics; directing of radio and television programs; providing information relating to direction of radio and television programs; organization of sporting events; providing sports information; organization and |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | | | provision of games and competitions via the internet; organization, arranging and conducting of computer game and video game tournaments; organization, arranging and conducting of photo sessions; providing information relating to sports and sporting events; organizing and conducting of sporting and cultural events; rental of game machines and apparatus; providing exercise facilities; rental of sports equipment; photography in class 041. |
| 1,566,116 | SEGA | Nov. 14, 1989 | For: Video game attachments for television sets, namely, video game control sticks, video game programs recorded on integrated circuits in the form of cartridges and cards in class 028. |
| 3,245,697 | SEGA | May 29, 2007 | For: T-shirts; shirts in class 025. |
| 2,315,166 | SEGA | Feb. 8, 2000 | For: Video game machines for use with televisions; electronic gaming machines; video game software; computer game software in class 009. |
| 3,491,509 | DREAMCAST | Aug. 26, 2008 | For: Video game software, computer game programs in class 009. |
| 1,690,329 | GENESIS | June 2, 1992 | For: Video output game machines; software for video output game machines; attachments for video output game machines; namely, joystick controllers and joypad controllers; and carrying cases and storage containers for the foregoing in class 028. |

| 3,358,022 | SEGA GENESIS COLLECTION | Dec. 18, 2007 | For: Home video game software, video game software for hand-held game machines in class 009. |
|---|---|---|---|

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and/or copyright infringement (17 U.S.C. §§ 106 and 501, et seq.).

Accordingly, this Court orders that Sega's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert or participation with them be permanently enjoined and restrained from:

    a. using the Sega Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Sega product or not authorized by Sega to be sold in connection with the Sega Trademarks;

    b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Sega Copyrighted Works in any manner without the express authorization of Sega

    c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Sega product or any other product produced by Sega, that is not Sega's or not produced under the authorization, control, or supervision of Sega and approved by Sega for sale under the Sega Trademarks and/or Sega Copyrighted Works;

    d.   committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Sega, or are sponsored by, approved by, or otherwise connected with Sega; and

    e.   manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Sega, nor authorized by Sega to be sold or offered for sale, and which bear any of Sega's trademarks, including the Sega Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Sega Copyrighted Works.

2.    Upon Sega's request, any third party with actual notice of this Order who is providing services for the Defaulting Defendants, or in connection with Defaulting Defendants' Seller Aliases, including, without limitation, any online marketplace platforms such as Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), and Walmart, Inc. ("Walmart") (collectively, the "Third Party Providers") shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Sega Trademarks and/or Sega Copyrighted Works.

3.    Pursuant to 15 U.S.C. § 1117(c)(2), Sega is awarded statutory damages from certain Defaulting Defendants, as outlined in Schedule A attached hereto, in the amount of one hundred thousand dollars ($100,000) for willful use of counterfeit Sega Trademarks in connection with the sale of products through at least the Defaulting Defendants' Seller Aliases.

4.      Pursuant to 17 U.S.C. § 504(c)(2), Sega is awarded statutory damages from certain Defaulting Defendants, as outlined in Schedule A attached hereto, in the amount of fifty thousand dollars ($50,000) for willful copyright infringement of the Sega Copyrighted Works.

5.      Sega may serve this Order on Third Party Providers, including Alibaba, Alipay, Amazon, Amazon Pay, Ant Financial Services Group ("Ant Financial"), Payoneer Global, Inc. ("Payoneer"), PayPal, Inc. ("PayPal"), PingPong Global Solutions, Inc. ("PingPong"), Stripe, Inc. ("Stripe"), and Walmart, by e-mail delivery.

6.      Any Third Party Providers holding funds for Defaulting Defendants, including Alibaba, Alipay, Amazon, Amazon Pay, Ant Financial, Payoneer, PayPal, PingPong, Stripe, and Walmart, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants' Seller Aliases from transferring or disposing of any funds (up to the statutory damages awarded in Paragraphs 3 and 4 above) or other of Defaulting Defendants' assets.

7.      All monies (up to the amount of the statutory damages awarded in Paragraphs 3 and 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers, such as Alibaba, Alipay, Amazon, Amazon Pay, Ant Financial, Payoneer, PayPal, PingPong, Stripe, and Walmart, are hereby released to Sega as partial payment of the above-identified damages, and Third Party Providers, including Alibaba, Alipay, Amazon, Amazon Pay, Ant Financial, Payoneer, PayPal, PingPong, Stripe, and Walmart are ordered to release to Sega the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

8.     Until Sega has recovered full payment of monies owed to it by any Defaulting Defendant, Sega shall have the ongoing authority to serve this Order on Third-Party Providers, including Alibaba, Alipay, Amazon, Amazon Pay, Ant Financial, Payoneer, PayPal, PingPong, Stripe, and Walmart, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third-Party Providers, including Alibaba, Alipay, Amazon, Amazon Pay, Ant Financial, Payoneer, PayPal, PingPong, Stripe, and Walmart, shall, within seven (7) calendar days:

    a.  locate all accounts and funds connected to Defaulting Defendants' Seller Aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the declaration of Paul Varley, and any e-mail addresses provided for Defaulting Defendants by third parties;

    b.  restrain and enjoin such accounts of funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c.  release all monies, up to the above-identified statutory damages awards, in Defaulting Defendants' financial accounts to Glitch as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

9.     In the event that Sega identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Sega may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Paul Varley and any e-mail addresses provided for Defaulting Defendants by third parties.

10.    The ten thousand dollar ($10,000) surety bond posted by Sega is hereby released to Sega

or its counsel, TME Law, P.C. The Clerk of the Court is directed to return the surety bond

previously deposited with the Clerk of the Court to Glitch or its counsel.

This is a Final Judgment.

Dated:  11/25/24

_____

Georgia N. Alexakis
United States District Judge

**Sega Corporation and Sega of America, Inc. v. Shenzhen Jinghang Technology Co., Ltd., et al. – Case No. 24-cv-05162**

**Schedule A**

| No. | Seller Alias | Infringement Type | URL | Requested Amount |
|---|---|---|---|---|
| 1 | Shenzhen Jinghang Technology Co., Ltd. | Copyright only | https://szjinghang.en.alibaba.com/mini siteentrance.html | $50,000 |
| 2 | Gent-le | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A1UDKRF7NGIFS3 | $50,000 |
| 3 | A.ZHAOZHUANG01 | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A2I49JE8VKHLEU | $50,000 |
| 4 | ALPXEL LTD | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A2DA61E52AHDMH | $50,000 |
| 5 | arpinz356 | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A2ZR9EBPT12IFB | $50,000 |
| 6 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 7 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 8 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 9 | bhskuydeo | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A2FCSZDH1439UZ | $50,000 |
| 10 | BOYUE INC | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A2JQKD44BR1W4C | $50,000 |
| 11 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 12 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 13 | Cartoon household Store | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A3C3Q8CR13PR40 | $50,000 |
| 14 | CBYchuil24042 | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A3F070C8FB34HY | $50,000 |
| 15 | damingxianzhemaoyiyou xiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=APCTQ34YS3RZO | $50,000 |
| 16 | DINGPENG INC | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A1TPQL6TMAUDRB | $50,000 |
| 17 | dingqianghe | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=AIVEJG95Z0D0Y | $50,000 |
| 18 | Dotrewes | Copyright only | https://www.amazon.com/sp?seller=A 2HMGR11A7HRD6 | $50,000 |
| 19 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 20 | engJianGuangMuShang M | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A3AV50SW7OCXJS | $50,000 |
| 21 | FANG LIAN | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A3DOL10RX8MHLT | $50,000 |
| 22 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |

| 23 | GaoJiaNi0706 | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A1JW27PJ4LUFNK | $50,000 |
|----|----|----|----|----|
| 24 | GERIYIWANG | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A26UK7JF9O5M2C | $50,000 |
| 25 | GuangZhouFengYangDi anZiShangWuYouXianG ongSi | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=APSC5TG8TFIUO | $50,000 |
| 26 | guangzhoulianqianshang maoyouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=AYERBOIALBLLB | $50,000 |
| 27 | Guanlian E-commerce | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A2UQJSN9JOJWMA | $50,000 |
| 28 | GuanTiAodianzi | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A3TINF9ZD1DMAM | $50,000 |
| 29 | guchengxianruantishang maoyouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A2ZOJQO5EPVU8T | $50,000 |
| 30 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 31 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 32 | hchaobaihuo | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A21FLZZ8YTJAKS | $50,000 |
| 33 | hefeinianjuesidianzishan gwuyouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=AFH2H42ECOZ6 | $50,000 |
| 34 | hefeizhouxinghaoshangm aoyouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A2A7DK6A9X2GS5 | $50,000 |
| 35 | HENGFAQIAN | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=ASVOYH8MGE2KM | $50,000 |
| 36 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 37 | HUJUNJIE | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=AVHCXL841K10Z | $50,000 |
| 38 | HUSEYIN UMUT GUNAYDIN | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=AHTA0TIUZCRXL | $50,000 |
| 39 | iceicepick | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A89LHXXT1MC4 | $50,000 |
| 40 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 41 | jiaoxcuioaiau | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A32JFK32J6C3M9 | $50,000 |
| 42 | jiayi-2 | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A1HZAEVLU5HXKE&isA mazonFulfilled=0 | $50,000 |
| 43 | JIEYEE | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A2XI5C4UA3U8SF | $50,000 |
| 44 | JINGWEEN | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A214BIAET6VWI0 | $50,000 |
| 45 | JINXISHANG | Copyright only | https://www.amazon.com/sp?ie=UTF8 &seller=A2IR743AK4MEPX | $50,000 |
| 46 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |

| 47 | KGLBOY | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1XBED90E27ELX | $50,000 |
|---|---|---|---|---|
| 48 | KUNKUA | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3326YXRU72E7H | $50,000 |
| 49 | kunminglinniwoshangmaoyouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2EGMCE57ELU5C | $50,000 |
| 50 | Lebowski & Co. STORE | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1186RF4MTMV19 | $50,000 |
| 51 | LHcang | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A251HVJU1DD43B | $50,000 |
| 52 | LinChaoyang | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AYOOEMPDRG0XW | $50,000 |
| 53 | LIU1HONGMEI | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3EZ9QC2HZ7OYV | $50,000 |
| 54 | liufurongdediandian | Copyright only | https://www.amazon.com/sp?seller=A2I7ZHJ7429GO8 | $50,000 |
| 55 | LIYUNBOO | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3A7YKXM7U3NMA | $50,000 |
| 56 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 57 | LWTLKEEA-US | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AZ1QJ971ED7P5 | $50,000 |
| 58 | malashangmao | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AEHHIAERJEKKP | $50,000 |
| 59 | Mandaqueen | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2CXV5NUUSEKCC | $50,000 |
| 60 | MENGLIANGUS | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A24DIZGVD0SQJI | $50,000 |
| 61 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 62 | MinShaoDianZidd | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1NKXJX2NS6K8Z | $50,000 |
| 63 | Molandra | Copyright only | https://www.amazon.com/sp?seller=AO0Q9QI5G0IXT | $50,000 |
| 64 | niangpushangmao | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3NP3LDLW8EAP3 | $50,000 |
| 65 | Nttlom | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A36EMO7D58VB84 | $50,000 |
| 66 | pingdingruiguangshangmaoyouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3V7NW8WEFJ3Y2 | $50,000 |
| 67 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 68 | QUANDANG | Copyright only | https://www.amazon.com/sp?seller=A3U3N1LAW1W6VF | $50,000 |
| 69 | Responding | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3DA40P07XYQJ8 | $50,000 |
| 70 | RonKon | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AHBT7ENNLL8R4 | $50,000 |

| 71 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
|---|---|---|---|---|
| 72 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 73 | SHI1YUANQING | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1J195943COWYU | $50,000 |
| 74 | shijianjingvt | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A31FHGMRMDHOBX | $50,000 |
| 75 | ShiKeDirect | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A161K76H2GWK2R | $50,000 |
| 76 | Slestping | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3F2GTCA9L72OD | $50,000 |
| 77 | SUBALACI | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A19X7J2SL9DFHH | $50,000 |
| 78 | sunfaye | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AC2IEMD6GR6CE | $50,000 |
| 79 | Super party | Copyright only | https://www.amazon.com/sp?seller=A3PZFFXMWUNXV8& | $50,000 |
| 80 | Terri Hinchey | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A27QSVEPGG9MR0 | $50,000 |
| 81 | Tiorga | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2NL8HO5UK06NV | $50,000 |
| 82 | UITSSA | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AY37ZDLWIQLDS | $50,000 |
| 83 | UMIT CAN YALCIN | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1AMO174VQ1QMG | $50,000 |
| 84 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 85 | utminhshop | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AMZ6FU0D8A7CN | $50,000 |
| 86 | vfgsbuighvsihgjdf | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A34R22RIL821UF | $50,000 |
| 87 | VINDIJA US | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AFW4I3Q78WEVY | $50,000 |
| 88 | WANG2JIANHAO | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A139DUVLOZ0W0U | $50,000 |
| 89 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 90 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 91 | wuhanyulangaokeji | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1OPK1UY60FANT | $50,000 |
| 92 | XDJQJGSNC | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AO2SZJAX1KVEW | $50,000 |
| 93 | xiangyangshilengyingxishangmaoyouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A8B89UNW9UYH8 | $50,000 |
| 94 | xiangyangshisongqinghuishangmaoxing(gerenduzi) | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A6N8EJRS5JOYN | $50,000 |

| 95 | XiaoNongMaoYi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1RR526TQQIK54 | $50,000 |
|---|---|---|---|---|
| 96 | xintaishikuwanshangmao youxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1VDTL7HPMZ5Y0 | $50,000 |
| 97 | XTNBX | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3H5X141TJCXKG | $50,000 |
| 98 | Xuntuan | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=ASAU570NECNI6 | $50,000 |
| 99 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 100 | YERHFHSDSSS | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2U24BK87XM18S | $50,000 |
| 101 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 102 | YueJi US | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3C0J3OLWO4DUT | $50,000 |
| 103 | Zhang Xiang Shop | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A10MOWMRT736R4 | $50,000 |
| 104 | ZHENFULAITIE | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AZ7PV3OAR58D9 | $50,000 |
| 105 | ZHONGYINGXUE | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2YG6LAF4O6E5E | $50,000 |
| 106 | ZHU1HONGHE | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1B6F956I83RFH | $50,000 |
| 107 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 108 | 平定嘉文商贸有限公司 | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3IB2P3Q3PYUT | $50,000 |
| 109 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 110 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 111 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 112 | ezovoze | Copyright only | https://ezovoze.com/ | $50,000 |
| 113 | ezzystore | Copyright only | https://ezzystore.com/ | $50,000 |
| 114 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 115 | Inxiz Store | Copyright only | https://inxiz.com/ | $50,000 |
| 116 | TeeDucky | Copyright only | https://teeducky.com/ | $50,000 |
| 117 | trilogygift | Copyright only | https://www.trilogygift.com/ | $50,000 |
| 118 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 119 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 120 | Bnostalgia Co.Ltd | Copyright only | https://www.walmart.com/seller/1012 47772 | $50,000 |
| 121 | ruhuashiyu | Copyright only | https://www.walmart.com/seller/1016 63117 | $50,000 |

| 122 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
|---|---|---|---|---|
| 123 | WEI XU | Copyright only | https://www.walmart.com/seller/1016 25028 | $50,000 |
| 124 | Quanzhou Economic And Technological Development Zone Tiyou Trading Co., Ltd. | Trademark and Copyright | https://qzdysm88.en.alibaba.com/mini siteentrance.html | $150,000 |
| 125 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 126 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 127 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 128 | ErikaReyna | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8 &seller=A7A55CV8Q2FYW | $150,000 |
| 129 | GANNLEA | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8 &seller=A4X7T5G8E8SVW | $150,000 |
| 130 | hefeifenggeshangmaoyou xiangongsi | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8 &seller=A105H02KP8H2AK | $150,000 |
| 131 | Huadong Shop | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8 &seller=AXT94JGYEHQQP | $150,000 |
| 132 | JFKDSUSDH | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8 &seller=A2JOSGFNA870GA | $150,000 |
| 133 | Jnshengyao | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8 &seller=AIV2JAA0R8BFA | $150,000 |
| 134 | LANJGJIAYAN | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8 &seller=AC3QM0SU70JKA | $150,000 |
| 135 | lianpinshangmaoyouxian gongsi | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8 &seller=A38N0A5Q9DNBEE | $150,000 |
| 136 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 137 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 138 | SYUJ | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8 &seller=A37F7631Q1O3VQ | $150,000 |
| 139 | tongshanxianzhitongbodi anzishangwuyouxiangon gsi | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8 &seller=A2W6FY9P6SYMD7 | $150,000 |
| 140 | Vanezza Clothes Store | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8 &seller=A1J0NNA6AWK6KC | $150,000 |
| 141 | XU - CHAO | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8 &seller=A10HGO50K6FOXF | $150,000 |
| 142 | yongjitaiyiwangluokejiyo uxiangongsi | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8 &seller=A1V3NILZ7ABHUB | $150,000 |
| 143 | zhanghongqinyingzenan | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8 &seller=A12NRO6JI52RI6 | $150,000 |
| 144 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 145 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 146 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |

| 147 | Carneyforia | Trademark and Copyright | https://carneyforiastore.com | $150,000 |
|---|---|---|---|---|
| 148 | casecentro | Trademark and Copyright | https://casecentro.com/ | $150,000 |
| 149 | casemiya | Trademark and Copyright | https://casemiya.com/ | $150,000 |
| 150 | caserare | Trademark and Copyright | https://caserare.com/ | $150,000 |
| 151 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 152 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 153 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 154 | favomerch | Trademark and Copyright | https://favomerch.com/ | $150,000 |
| 155 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 156 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 157 | KAMANDAKA | Trademark and Copyright | https://kamandaka.com/ | $150,000 |
| 158 | merchprintz | Trademark and Copyright | https://merchprintz.com/ | $150,000 |
| 159 | MICESTATION | Trademark and Copyright | https://micestation.space/ | $150,000 |
| 160 | Oxvistore | Trademark and Copyright | https://oxvistore.com/ | $150,000 |
| 161 | PERSPIRATURE | Trademark and Copyright | https://perspirature.com/ | $150,000 |
| 162 | plushyspace | Trademark and Copyright | https://plushyspace.com/ | $150,000 |
| 163 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 164 | saloreea | Trademark and Copyright | https://saloreea.com/ | $150,000 |
| 165 | Storebunch | Trademark and Copyright | https://storebunch.co/ | $150,000 |
| 166 | Teeruto | Trademark and Copyright | https://teeruto.com | $150,000 |
| 167 | velturas | Trademark and Copyright | https://velturas.com/ | $150,000 |
| 168 | vintagebrassstore | Trademark and Copyright | https://vintagebrassstore.com/ | $150,000 |
| 169 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 170 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 171 | Customgic | Trademark and Copyright | https://www.walmart.com/seller/1014 95789 | $150,000 |
| 172 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 173 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |

| 174 | jinanyunwenxin | Trademark and Copyright | https://www.walmart.com/seller/1016 63120 | $150,000 |
|---|---|---|---|---|
| 175 | Jingyu Cases | Trademark and Copyright | https://www.walmart.com/seller/1012 34298 | $150,000 |
| 176 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 177 | WuHanShiXiongAnHan | Trademark and Copyright | https://www.walmart.com/seller/1016 10957 | $150,000 |
| 178 | Raposurf | Trademark only | https://www.amazon.com/sp?ie=UTF8 &seller=A3JAHK68ZAQYZL | $100,000 |